SHAWNA PARKS (CA BAR NO. 208301) (sparks@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977 ) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone:    (510) 529-3419
Facsimile:    (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611 ) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone:    (415) 856-7000
Facsimile:    (415) 856-7100
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | **Case No.** C 13-3667<br><br>**CLASS ACTION**<br><br>**DECLARATION OF G.F.** |

I, G.F., declare as follows:

1. I am an individual residing in the State of California. The facts stated in this declaration are based upon my own experience and observation. If called upon to testify, I could and would testify competently to these facts.

## OVERVIEW

2. I am 14 years old, and I have been at the Contra Costa County Juvenile Hall ("the Hall") since the summer of 2012.

3. Before coming to the Hall, I lived in Antioch. I attended Black Diamond Middle School for 6th grade and the beginning of 8th grade, and then, part of the way through my 8th grade year, I began going to school at Tobinworld in Antioch. I started at Tobinworld in 2012. I was a cheerleader at my old school. I liked spending time with my niece and my friends.

4. I have ADHD, bipolar affective disorder, emotional disturbance, and intermittent explosive disorder. Before coming to the Hall, I used to be in special education. Now, I do not get any special education except for the 5-10 minutes a day that an aide might spend with me if I have a question.

5. There are three levels of discipline at the Hall, called "program," "risk," and "max." They all involve being locked in your cell for most of the day. When I am placed in one of these levels, I have to stay in my cell for 22½ to 23 hours a day. In the last year, I have been put on program, risk, or max for more than 100 days. When I am on the highest levels (risk or max), I don't get any education. When I am on the lowest level (program), I sometimes get a tutor for 5 to 30 minutes per day. Either way, I don't ever get to go to school when I am on solitary, and, no one ever asks if I am being put in solitary because of my mental health problems; they just lock me away.

## SCHOOL AT THE HALL

6. The school at Juvenile Hall is called Mt. McKinley School. I have been at Mt. McKinley for about a year.

7. At Mt. McKinley, school takes place in one classroom. There are about 15-20 other kids in my class. At Mt. McKinley, students are not separated by age or grade. Instead,

my class consists of kids who are between 13 years old and 19 years old and who are in the 6th to 12th grade. Even though we are in different grades, we all learn the same thing. The 19-year olds learn the same subjects as the 13-year olds. Right now, I am taking math, English, history P.E., science, and health. Before coming to the Hall, I took Algebra, but my class is learning Pre-Algebra, so everyone, including me, has to study Pre-Algebra even though many students, including me, have already learned Algebra.

8. There is one teacher for the entire class of students, and that teacher teaches us for all of our subjects. There is also an aide who is in the classroom for approximately half of each school day. The aides don't do much. Sometimes, if I raise my hand, the aide will come to my desk and help me, but the aide does not come over to me unless I ask. Even when the aide does answer my questions, the aide spends no more than 5 or 10 minutes helping me. Sometimes the aides do not know the answers themselves, so they cannot help me. Other times the aides don't really even help me because I still don't understand when they leave.

9. Sometimes the teacher gets mad at me because I raise my hand too much and ask too many questions in class. She yells, "What the hell do you want?" when I ask her a question and sometimes ignores my questions. I need more help with my work than I get from her.

## DIFFICULTIES IN SCHOOL

10. Because of my emotional disturbance, I have trouble in school. It is difficult for me to focus on my work, and I get distracted easily. I also get in trouble a lot for talking.

11. Before I came to Juvenile Hall, I had an IEP that identified my emotional disturbance. I have received special education services since 2011. Before I came to Juvenile Hall, I was in a non-public school called Tobinworld, where I was in a special education classroom. I also had a Behavioral Support Plan. I had extra help from the teachers, and the work was on a level that I could understand. Somebody would help me with my work, and I received individual psychotherapy and psychiatric services.

12. When I came to Mt. McKinley, I was put in a regular classroom full-time. Since arriving at Mt. McKinley, I haven't gotten the specialized instruction and mental health counseling services that I received at Tobinworld. I also have not received any one-on-one or

small group teaching in the classroom during my time at Mt. McKinley, like I did at Tobinworld. Instead, I am in the same classroom as all of the other students and receive the same instruction.

13. It is sometimes hard for me to understand new things. Math is hardest for me. I feel like I never know what is going on when we study ratios, and I need extra help to help me understand what is going on. Right now, I don't get any extra help with math or in any of my other subjects. Mostly, I just sit in the class and feel bored.

14. When the teacher gets frustrated or mad at me because I do not finish my school work or because I get too distracted or frustrated to concentrate, she can punish me by giving me "room time." Sometimes I have to go to "room time" while school is still in session, and sometimes I get "room time" after school, which means that I have to stay in my cell during free time. When I am on "room time," I am locked in my cell. How long I'm in my cell depends on what the teacher decides – it could be for an hour, or for the rest of the school day and through free play. When I am on "room time," my teacher tells me I cannot take work from class. I have been sent to "room time" at least three times a week.

15. When I am locked in my cell during "room time," I feel lonely and frustrated. It just makes me feel more frustrated, angry, and stir-crazy, which makes going back to class even harder.

16. When I am on "room time," I miss the lessons for that day. When I get back to school, I must catch up on my own and try to figure out what I missed. No one offers to help me catch up.

17. I do not believe that my guardian, my grandmother, is called when I am removed from class and sent to my cell.

18. I have been at Mt. McKinley for more than a year, but I have never attended an IEP meeting at Mt. McKinley.

19. I like learning and want to do better in school, but, at Mt. McKinley, I am not getting the help that I need to learn. Instead, I am getting behind in school. We cannot take textbooks back to our cells because we are not allowed to have hardcover books in our cells. I have asked to take a textbook back to my cell to finish a class assignment, but the teacher told

1 | me no and would not let me finish the assignment. I can never have pens in my cell, but I can
2 | have a pencil when I am not on program, risk, or max.

### SOLITARY CONFINEMENT IN THE HALL

20. There are three levels of solitary confinement at the Hall – "program," "risk," and "max." All of the levels involve being locked in your cell for most of the day.

21. I have spent over approximately 100 days in the last year in solitary confinement. I have been on max and risk a significant amount of time. I have been on program for months at a time.

22. When I'm put on program, risk, or max, no one talks to me about whether it has to do with my emotional disturbance or other conditions. I've never been to an IEP meeting when I was kicked out of school and put on program, risk, or max. Even though I am having trouble in school and have missed a lot of days of school because I have been on program, risk, or max, I have never been to an IEP meeting to see if I needed more help.

23. My cell is very small. There isn't much in my cell: a toilet, a sink, a mirror, and a bed. The bed is just a pad on a cement block. There is one small window on the door to my cell. The window is about as wide as my hand and as long as my arm. I like to look out the window in the door, but I get in trouble for looking out the window. The guards yell at me and tell me not to stand by the window.

24. I am not provided with counseling or a plan to help my behavior improve so I don't get in trouble again and end up on program, risk, or max.

25. When I am on program, the guards at the Hall only let me out of my cell for 45 minutes twice a day. During this time, I can shower and walk around the unit for exercise. When I am on program, I cannot leave the unit, which means that I cannot go to the gym, the library, or the computer lab.

26. When I'm on program, I'm not allowed to go to school. When I miss school because I'm on program, I don't get the opportunity to make up the lessons from those missed days of class. When I get back to school, I must catch up on my own and try to figure out what I

missed. No one offers to help me catch up. I also lose credits when I'm on program because I cannot attend school and credits are given based on the time you are in school.

27. Sometimes a tutor comes to visit me while I'm on program and not allowed to attend school. However, the tutors don't come every day. Sometimes I think they might show up but they don't. Even when the tutors do come, they don't teach me anything, and they definitely don't provide me with special education. Even when the tutors come, they stay for only 10-15 minutes at a time. Even when the tutor does come, the tutor just gives me worksheets, and sometimes those worksheets are worksheets that I already have done. I don't get any instructions about how to complete the work. The tutor just tells me, "You know how to do the work." Every time I'm on program, I basically have no instruction and do not learn anything new.

28. Since we can't have textbooks in our cells, I can't study on my own or read lessons while I am on "program."

29. On the level called risk, guards only let me out of my cell for 30 minutes twice a day.

30. When I am on risk, I am not allowed to go to school, and the tutors do not visit me with school work. Since we can't have textbooks in our cells, I can't study on my own or read lessons while I am on risk.

31. When I miss school because I'm on risk, I don't get the opportunity to make up the lessons from those missed days of class. When I get back to school, I must catch up on my own and try to figure out what I missed. No one offers to help me catch up. I also lose credits when I'm on risk because I am not allowed to go to school and credits are given based on the time you are in school.

32. On the level called max, guards only let me out of my cell for 30 minutes twice a day. Max is like risk but even stricter, and more guards must be present when I am out of my cell.

33. When I am max, I am not allowed to go to school, and the tutors do not visit me with school work. I also do not receive any counseling.

34. When I miss school because I'm on max, I don't get the opportunity to make up the lessons from those missed days of class. When I get back to school, I must catch up on my own and try to figure out what I missed. No one offers to help me catch up. I also lose credits when I'm on max because I am not allowed to go to school and credits are given based on the time you are in school. Since we cannot have textbooks in our cells, I cannot study on my own or read lessons while I am on max.

35. I have missed over 100 days of school in the last year because of being in solitary confinement. Because of all of the school that I have missed due to "room time," "program," "risk," and "max," I am not progressing from grade to grade because I don't have enough credits. I am also not learning everything other kids are learning.

36. When I'm in solitary I feel depressed, alone, and anxious. When I get out, I feel angrier than when I went in. I have a difficult time readjusting to a classroom environment and catching up on the work/classes I have missed.

### THE FUTURE

37. I want to be a lawyer or pediatrician when I get out of here, but I have fallen behind in my education because I didn't get the help I needed and have been put in solitary confinement so many times. I have lots of credits to make-up in order to graduate with my diploma, and I have lots of gaps in my education.

38. I feel hopeless and frustrated about this.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, executed this 7th day of August, 2013 in Martinez, California.

_G.F_
G.F.

*G.F., et al. v. Contra Costa County, et al.*, Case No.
Declaration of G.F. In Support Of Plaintiffs' Motion For Class Certification

6