SHAWNA PARKS (CA BAR NO. 208301) (sparks@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977 ) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 529-3419
Facsimile: (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611 ) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | Case No. C 13-3667<br><br>CLASS ACTION<br><br>**DECLARATION OF GRACE A. CARTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 29, 2013<br>Time: 1:30 PM<br>Place: Courtroom 1, 4th Floor<br>Judge: Saundra B. Armstrong |

I, GRACE A. CARTER, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am a partner with the law firm of Paul Hastings LLP ("Paul Hastings"), one of the firms that will serve as counsel of record for the Plaintiffs in this action. Paul Hastings is serving, on a *pro bono* basis, as co-counsel for the Plaintiffs with Disability Rights Advocates and Public Counsel. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. Paul Hastings is an international law firm with offices in 20 cities in the United States, including five offices in Northern and Southern California, and in several countries. Class action litigation and other complex litigation is a particular area of emphasis of our litigation and employment litigation groups. Paul Hastings' Complex Litigation group, of which I am one of the partner members, specializes in defending class actions.

4. Our firm has successfully handled class actions in a wide variety of areas. In California, our class action and complex litigation experience includes lawsuits under the California Unfair Competition Law (UCL) (Cal. Bus. & Prof. Code §§ 17200, 17500), the Consumers Legal Remedies Act (CLRA), state and federal securities laws, employee benefits and ERISA, privacy and data breach laws, and related areas.

5. I have served as lead or co-lead counsel for parties in numerous class actions and multi-party complex litigation matters. The following list includes examples of my lead and co-lead class action and complex litigation representations: *Rodriguez, et al. v. NDC Health Corporation, et al.*, Case No. CV 10-3522 (C. D. Cal.) (class action; successfully resolved a federal data breach suit against a healthcare information technology company under the California Confidentiality of Medical Information Act); *Kanawi et al., v. Bechtel Corp. and Fremont Investment Advisors, Inc.*, Case No. C-06-05566 (N. D. Cal.) and Case No. 09-16253 (Ninth Circuit) (class action; represented an investment advisor on ERISA claims for breach of fiduciary duty and related claims; after a successful result granting summary judgment on all but one of the claims, as reported at 590 F. Supp. 2d 1213 (2008), the matter was settled and

resolved and the appeal dismissed in 2011); *CTA Acoustics, Inc., v. Borden Chemical, Inc.* (Circuit Court, Kentucky, May 21, 2007) (served as co-lead trial counsel with a multi-disciplinary team in a product liability failure to warn case; obtained a jury verdict for the client/plaintiff, an automotive insulation manufacturer).

6. Paul Hastings also has a long tradition of participation in public interest and impact litigation and in *pro bono* litigation generally. Paul Hastings' *pro bono* work and commitment to community form a cornerstone of our firm's legacy. We are currently ranked third in The American Lawyer's Pro Bono Report.

7. Throughout my career at Paul Hastings, I have been active in public service, *pro bono* litigation and, in particular, impact litigation. I have served on the Boards of the Western Center on Law & Poverty and the Legal Aid Foundation of Los Angeles, and as a member of the State Bar Administration of Justice Committee. After joining Paul Hastings' San Francisco office, I served for several years as a member of the Judiciary Committee of the Bar Association of San Francisco and as a member of the State Bar Administration of Justice Committee.

8. Currently, I serve as a Co-Chair of the Board of Directors of the Western Center on Law & Poverty, an organization devoted to impact litigation and legislative advocacy in the areas of housing, healthcare and safety net for low-income California residents. For the past four years I have also served as Board Chair of Raising A Reader, San Francisco and Alameda Counties, which furthers early literacy for disadvantaged children.

9. I have served as co-counsel with public interest law firms in several impact litigation matters. The following are examples of recent impact litigation matters in which I have served as co-counsel: *Cleary et al., v. County of Alameda, et al.*, Case No. A127935, reported at 196 Cal. App. 4th 826 (2011) (co-counseled with lead counsel Public Interest Law Project and Bay Area Legal Aid; affirming the trial court's decision issuing a writ of mandate prohibiting Alameda County from implementing a change to its general assistance (GA) program as, *inter alia*, violative of Cal. Welf. & Inst. Code, § 17000, because conditions it imposed for obtaining housing assistance would deprive recipients of a minimally acceptable level of care); *Lugo, et al., v. County of Contra Costa, et al.*, Case No. MSN09-1117 (Contra Costa County

Superior Court) (co-counseled with Public Interest Law Project and Bay Area Legal Aid; after filing of petition for writ of mandate, the County and Petitioners reached a stipulated judgment obligating the County to shorten GA application processing times, eliminate unlawful application requirements, pay retroactive aid to the application date, and make lump sum compensatory payments to about 500 previous recipients); *Versis, et al. v. County of Marin, et al.* Case No. 1100553 (Marin County Superior Court) (co-counsel on specific litigation issues with lead counsel Bay Area Legal Aid and the Public Interest Law Project; suit over denial of GA benefits; currently pending).

10. In 2012, I received a President's Pro Bono Service Award from the State Bar of California for my work on General Assistance *pro bono* litigation matters.

11. I graduated from Boalt Hall School of Law, University of California at Berkeley in 1981 and joined Paul Hastings (then known as Paul, Hastings, Janofsky & Walker) as a litigation associate the same year. I became a partner of Paul Hastings in February 1989.

12. Also working on the case from Paul Hastings are Gina Guarienti Cook, Ryan Nier, Christopher Mooney, Elisa Pandolfi, Zina Deldar, Elizabeth Dorsi, Angela Markle, and Brittany Sachs.

13. Ryan Nier is a senior associate in Paul Hastings' Litigation Department. He received his B.A. from the University of Rochester in 2002 and received his J.D. in 2005 from the University of Michigan Law School. Mr. Nier's practice focuses mainly on intellectual property, data theft, and data privacy. Mr. Nier also has extensive class action and *pro bono* experience, including successfully arguing an appeal before the Ninth Circuit, assisting in securing reform of a state child welfare system, and achieving injunctions on behalf of children and families harassed by an adult bully.

14. Gina Guarienti Cook is a senior associate in Paul Hastings' Employment Law Department. She received her B.A. and M.A. from Stanford University in 2002 and graduated with distinction. Ms. Cook received her J.D. in 2006 from the Yale Law School. Ms. Cook represents employers in litigation involving state and federal anti-discrimination and employment laws. She has served as counsel in single-plaintiff lawsuits, multi-plaintiff lawsuits,

and alleged class actions. Ms. Cook is the Associate Pro Bono Coordinator for Paul Hastings' San Francisco office and has devoted a substantial amount of time to *pro bono* matters, particularly immigration and guardianship matters for juvenile clients.

15. Christopher Mooney is a senior associate in Paul Hastings' Litigation Department. He received his B.A. from the College of William and Mary in 2002 and received his J.D. in 2007 from George Washington University. Mr. Mooney's practice focuses mainly on complex commercial and environmental litigation. Mr. Mooney also has extensive class action and *pro bono* experience. On behalf of a *pro bono* client, he successfully argued a motion for writ of mandate against the City of Pleasanton in *Urban Habitat Program, et al. v. City of Pleasanton, et al.*, Alameda Superior Court No. 06-293, that struck down the City's housing cap and allowed for the construction of an additional 850 affordable housing units within Pleasanton.

16. Elisa Pandolfi is an associate in Paul Hastings' Litigation Department. Ms. Pandolfi graduated *cum laude*, from the University of California, San Diego, in 2005 with her B.A. Ms. Pandolfi received her J.D. from the University of California, Hastings College of the Law and graduated, cum laude, in 2009. Ms. Pandolfi's practice focuses on complex civil litigation. Ms. Pandolfi has worked on various *pro bono* matters, including immigration and guardianship proceedings.

17. Zina Deldar is an associate in the Employment Law Department of Paul Hastings. Ms. Deldar graduated from the University of Wisconsin Law School (*cum laude*) in 2009 and from Carleton College (*magna cum laude*) in 2005. She represents employers in litigation matters involving federal and state laws, such as Title VII, ADA, FLSA, FMLA, FEHA, and CFRA. Her experience ranges from single plaintiff claims to class, collective, and representative actions involving hundreds or thousands of employees. Ms. Deldar has represented *pro bono* clients in immigration proceedings relating to asylum and other visas, and has provided *pro bono* advice to non-profits that serve underprivileged or disabled youth. She also participated in the Wills for Heroes program, a project to provide estate-planning services for emergency first-responders.

18. Angela J. Markle is an associate in Paul Hastings' Litigation Department. Ms.

Markle earned her B.A. *summa cum laude* at Washington University in Saint Louis in 2007. She received her J.D. from the University of Pennsylvania Law School in 2011. Ms. Markle specializes in mobile payments platforms and professional responsibility, and she has co-authored several articles on class action practice and procedure. She has represented federal prisoners pro bono through the Pennsylvania Innocence Project and defended a disabled client pro bono in eviction proceedings.

19. Elizabeth Dorsi is an associate in Paul Hastings' Litigation Department. She received her B.A. from the University of California at Berkeley (highest honors) in 2007 and received her J.D. in 2011 from Harvard Law School. Prior to joining Paul Hastings, Ms. Dorsi clerked for the Honorable William B. Shubb in the Eastern District of California. Her practice focuses on complex civil litigation. Ms. Dorsi has worked on several *pro bono* matters, including General Assistance litigation, eviction defense, and a Social Security appeal.

20. Brittany Sachs is an associate in the Employment Law Department of Paul Hastings. Ms. Sachs received her B.A. from the University of California, Berkeley in 2008 and received her J.D. from the University of California, Davis, School of Law in 2012. Ms. Sachs has worked on a variety of employment litigation matters and has represented a minor client, *pro bono*, in a matter involving guardianship and immigration issues.

21. Paul Hastings is committed to litigating this case vigorously on behalf of the Plaintiff class. Paul Hastings, along with our co-counsel, has the resources required to litigate this matter in a cost-effective, efficient, and thorough manner.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 7th day of August, 2013 in San Francisco, California.

_____
GRACE A. CARTER

G.F., et al. v. Contra Costa County, et al., Case No.
Declaration Of Grace A. Carter In Support Of Plaintiffs' Motion For Class Certification
LEGAL_US_W # 75778288.2

5