| | |
|---|---|
| 1 | SHAWNA PARKS (CA BAR NO. 208301) (sparks@dralegal.org) |
| | MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org) |
| 2 | REBECCA WILLIFORD (CA BAR NO. 269977) (rwilliford@dralegal.org) |
| | KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org) |
| 3 | DISABILITY RIGHTS ADVOCATES |
| | 2001 Center Street, Fourth Floor |
| 4 | Berkeley, CA 94704-1204 |
| | Telephone: (510) 665-8644 |
| 5 | Facsimile: (510) 665-8511 |
| 6 | HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org) |
| | LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org) |
| 7 | PUBLIC COUNSEL |
| | 2001 Center Street, Fourth Floor |
| 8 | Berkeley, CA 94704-1204 |
| | Telephone: (510) 529-3419 |
| 9 | Facsimile: (213) 385-9089 |
| 10 | GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com) |
| | GINA COOK (CA BAR NO. 245611) (ginacook@paulhastings.com) |
| 11 | PAUL HASTINGS LLP |
| | 55 Second Street, Twenty-Fourth Floor |
| 12 | San Francisco, CA 94105-3441 |
| | Telephone: (415) 856-7000 |
| 13 | Facsimile: (415) 856-7100 |
| | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | Case No. C 13-3667<br><br>CLASS ACTION<br><br>DECLARATION OF LAURA FAER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date: October 29, 2013<br>Time: 1:30 PM<br>Place: Courtroom 1, 4th Floor<br>Judge: Saundra B. Armstrong |

---

*G.F., et al. v. Contra Costa County, et al.*, Case No. C 13-3667
Declaration Of Laura Faer In Support Of Plaintiffs' Motion For Class Certification

I, LAURA FAER, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am the statewide Education Rights Director for Public Counsel Law Center ("Public Counsel"), counsel of record for the Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. Public Counsel is the public interest law office of the Los Angeles County and Beverly Hills Bar Associations and the Southern California affiliate of the Lawyers' Committee for Civil Rights Under Law. It is the largest pro bono firm in the country. Founded in 1970, Public Counsel is dedicated to advancing equal justice under law by delivering free legal services to the most vulnerable members of our community, including abused and abandoned children, homeless families and veterans, senior citizens, victims of consumer fraud and nonprofit organizations serving low-income communities. With a staff of more than 85, including more than 40 attorneys, Public Counsel has sufficient resources and expertise to maintain this action.

4. I graduated as the highest-ranking female graduate from Columbia University School of Law in 2003. After clerking for the Honorable Stephen Reinhardt of the Ninth Circuit Court of Appeals, I was a Skadden Law Fellow at Public Counsel Law Center in Los Angeles, where I worked on a variety of issues dealing with disability discrimination and educational rights. I later worked as a civil and human rights lawyer at the law firm of Traber & Voorhees. From 2008 to 2011, I was the Directing Attorney of the Children's Rights Project at Public Counsel Law Center.

5. I have served as class counsel in a number of class actions, including several class actions involving children's rights and education rights. At Traber & Voorhees, among other things, I served as Class Counsel for plaintiffs in *Assi v. Super, Inc.* (Case No. BC289199) and *Bermudez v. A' La Carte Catering, Inc.* (Case No. BC 271496), cases involving claims for wage and hour violations, and as counsel in the *Jocelyn B. v. California Department of Education, et al.* (Case No. CV06-4607), a case involving inappropriate and illegal placement of foster youth

in a segregated educational setting.

6. As the Directing Attorney of the Children's Rights Project at Public Counsel, I have served as class counsel and lead class counsel for a number of cases, including *Jacob A., et al. v. Los Angeles County Department of Children and Family Services, et al.* (Case No. BC 390627), a case involving the denial of benefits to children with developmental disabilities, and *Benito R. v. East Los Angeles Regional Center* (Case No. BC 429819), a case involving the denial of critical services to children with autism, and *Casey A. v. Delgado*, (C.D. Cal. Case No. 2:10-cv-00192 GHK), a case involving the denial of constitutionally and legally adequate education to thousands of children in juvenile hall. While at Public Counsel, I also helped defend against a constitutional challenge to Los Angeles Unified School District's voluntary integration program, challenged the practice of involuntarily removing and transferring students, helped ensure millions of dollars in funding was maintained for students with severe mental health disabilities, as class counsel in *A.C. v. Schwarzenegger*, (C.D. Cal. Case No. 2:10-cv-07956 GW). During law school, I also worked extensively on the statewide education reform case, *Williams v. State of California*.

7. I was named a Rising Star by Los Angeles Lawyer Magazine in 2008, 2009, and 2010. In 2011, I was named a *California Lawyer* Attorney of the Year in the area of juvenile law for my work on the landmark settlement in *Casey A. v. Gundry*, a class action addressing constitutionally and statutorily deficient education services that affected hundreds of youth at Camp Challenger, Los Angeles County's largest Juvenile Detention Camp. My work on that matter also focused on youth with disabilities, and those entitled to special education services, who comprised a significant segment of the Camp's population.

8. Also working on this case for Public Counsel are Hernán Vera, Public Counsel's President and Chief Executive Officer, and Benjamin Conway, a Supervising Staff Attorney who specializes in children's rights.

9. Hernán Vera is the President and Chief Executive Officer of Public Counsel. Hernán received his B.A., with Distinction, from Stanford University and received his law degree from the UCLA School of Law in Los Angeles. After graduating from law school,

1. Hernán clerked for the Honorable Consuelo B. Marshall in the Central District of California, and he worked as a business litigator at O'Melveny & Myers LLP in Los Angeles from 1994-1995 and again from 1997-2002. Prior to joining Public Counsel, Hernán worked at the Mexican American Legal Defense and Educational Fund.

10. Hernán is widely known in the legal and broader public interest community for his work on access to justice issues. He speaks regularly at conferences on the delivery of *pro bono* services, and he gained national attention for his work litigating against the practice of "homeless patient dumping" by hospitals. In 2009, President Obama appointed Hernán to the Board of Directors of the State Justice Institute (SJI), a federally-chartered entity that provides grants to state court systems. The United States Senate confirmed Hernán's appointment on June 22, 2010. He currently serves on the SJI's Executive Committee, and also as a Lawyer Representative of the Ninth Circuit Judicial Conference. In 2012, Hernán was named one of the "Top 100" attorneys in California by the Daily Journal.

11. Benjamin Conway is a Supervising Staff Attorney in the education practice group at Public Counsel in Los Angeles, California. Prior to assuming his current position, Benjamin worked as a Staff Attorney at Public Counsel from June 2010 to December 2012. In addition to this case, Mr. Conway is co-counsel in *Casey A. v. Delgado*, (C.D. Cal. Case No. 2:10-cv-00192 GHK), a certified class action lawsuit for approximately 2,000 youth in Los Angeles County that is in its third year of a court-supervised settlement agreement. Mr. Conway was co-counsel in *A.C. v. Schwarzenegger* (C.D. Cal. Case No. 2:10-cv-07956 GW), a case involving educationally related mental health services for California students. Prior to joining Public Counsel, Mr. Conway was a staff attorney for nearly three and a half years at Mental Health Advocacy Services, Inc., where he represented children with mental and developmental disabilities regarding education issues.

12. Public Counsel is committed to litigating this case vigorously on behalf of the Plaintiff class. Public Counsel, along with our co-counsel, has the resources required to litigate this matter in a cost-effective, efficient and thorough manner.

1   I declare, under penalty of perjury under the laws of the United States of America and the
2   State of California, that the foregoing is true and correct.
3   Executed this 6th day of August 2013 in Berkeley, California.

_____
LAURA FAER