1  SHAWNA PARKS (CA BAR NO. 208301) (sparks@dralegal.org)
   MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
2  REBECCA WILLIFORD (CA BAR NO. 269977 ) (rwilliford@dralegal.org)
   KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
3  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Fourth Floor
4  Berkeley, CA 94704-1204
   Telephone:    (510) 665-8644
5  Facsimile:    (510) 665-8511

6  HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
   LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
7  PUBLIC COUNSEL
   2001 Center Street, Fourth Floor
8  Berkeley, CA 94704-1204
   Telephone:    (510) 529-3419
9  Facsimile:    (213) 385-9089

10 GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
   GINA COOK (CA BAR NO. 245611 ) (ginacook@paulhastings.com)
11 PAUL HASTINGS LLP
   55 Second Street, Twenty-Fourth Floor
12 San Francisco, CA 94105-3441
   Telephone:    (415) 856-7000
13 Facsimile:    (415) 856-7100
   *Attorneys for Plaintiffs*

14             UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16 | G.F., by and through her guardian ad litem, | Case No.  C 13-3667-SBA
17 | Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his | **EXHIBITS T - V TO DECLARATION OF MARY-LEE K. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
18 | guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly |
19 | situated, |

20             Plaintiffs,

   v.
21
   CONTRA COSTA COUNTY; CONTRA
22 COSTA COUNTY DEPARTMENT OF
   PROBATION; PHILIP KADER, in his official
23 capacity, Chief County Probation Officer;
   BRUCE PELLE, in his official capacity,
24 Superintendent of Juvenile Hall; CONTRA
   COSTA COUNTY OFFICE OF
25 EDUCATION; JOSEPH A. OVICK, in his
   official capacity as Superintendent, Contra
26 Costa County Office of Education; LYNN
   MACKEY, in her official capacity, Director of
27 Contra Costa County Court Schools.

28             Defendants.

# EXHIBIT T

CONTRA COSTA SELPA
INDIVIDUALIZED EDUCATION PROGRAM

Last Name _H_____      First Name _D_____      IEP Date: _05/28/2013_

Last Annual IEP _05/28/2013_   Next Annual IEP _05/28/2014_   Original Special Ed Entry Date _11/08/2001_
Last Eval _05/28/2013_   Next Eval _05/28/2016_

**Purpose of Meeting**  ☐ Initial ☑ Annual ☑ Triennial ☑ Transition ☐ Pre-Expulsion ☐ Interim
☐ Other

Birthdate ___/1994  Age _18_  Gender ☑ Male ☐ Female  Grade _Eleventh grade_  Migrant ☐ Yes ☑ No
Native Language _English_ EL ☐ Yes ☑ No  ☐ Redesignated  Interpreter ☐ Yes ☐ No
Student ID _____  SSN#: _____  SSID# _____

**Residency** _10 Parent or Legal guardian_ _____
Parent/Guardian _D____ H____, adult student_ _____     Home Phone _____
   Home Address _____                                   Work Phone _____
          City _____                                    Cell Phone _____
         State _____                                    Email Address _____
           Zip _____
Parent/Guardian _____                                   Home Phone _____
   Home Address _____                                   Work Phone _____
          City _____                                    Cell Phone _____
         State _CA_                                        Email Address _____
           Zip _____

District of Residence _West Contra Costa Unified_  Residence School _____
Ethnicity: _501 Non Hispanic_ Race 1. _600 African-American_ Race 2. _____ Race 3. _____

**INDICATE DISABILITY/IES**
Note: For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility.
Primary _Intellectual Disability (ID)_ Secondary _Speech or Language Impairment (SLI)_ * Low Incidence Disability
☐ Not Eligible for Special Education ☐ Exiting from Sp. ED. (returned to reg. ed/no longer eligible)

**Describe how student's disability affects involvement and progress in general curriculum(or for preschoolers, participation in appropriate activities)** _His difficulty with visual processing and processing speed impacts his academic efficiency of classroom functioning and progress in the general ed curriculum and this is affected by apparent difficulty regulating attention, also has difficulties with auditory and active working memory._

**For Initial Placements Only**
Has the student received IDEA Coordinated Early Intervening Services (CEIS) using 15% of IDEA funding in the past two years?
☐ Yes ☑ No
Date of Initial Referral for Special Education Services _11/08/2001_
Person Initiating the Referral for Special Education service _10 Parent_
Date District Received Parent Consent: _11/08/2001_
Date of Initial Meeting to Determine Eligibility _11/08/2001_

CONTRA COSTA SELPA
INDIVIDUAL TRANSITION PLAN

Name: D____ H____          Birthdate: __/1994          IEP Date: _5/28/2013_

Student Invited: ☑Yes ☐No          If Appropriate, and agreed upon, agencies invited: ☑Yes ☐No ☐Not Applicable
Describe how the student participated in the process: ☐Attended IEP Meeting ☑Interview ☑Inventory ☐Questionnaire

Age-appropriate transition assessments/instruments were used: ☑Yes ☐No   Describe the results of the assessments:
_D____ responded to the Individual Student Transition Interest Inventory stating his school likes and dislikes/interests and career choice._

| Student's Post Secondary Goal Training or Education (Required): | |
|---|---|
| Upon completion of school I will _Enroll in Junior College to study business and construction related courses along with working part time in construction_ | Transition Service Code as Appropriate: _820 College awareness_ **Activities to Support Post Secondary Goal:** _Make a list of local schools that offer construction programs, improve writing skills for college needs_ **Community Experiences as Appropriate:** _Interview staff that have worked in the construction field, use school library for information on construction and business_ |
| Linked to Annual Goal # _3_ Person/Agency Responsible: _general ed, spec ed and support staff_ | **Related Services as Appropriate:** _330 Specialized Academic Instruction_ |

| Student's Post Secondary Goal Employment (Required): | |
|---|---|
| Upon completion of school I will _Be employed by a construction company, hoping to work up to owning my own company someday_ | Transition Service Code as Appropriate: _840 Career awareness_ **Activities to Support Post Secondary Goal:** _Make practice living budgets with estimated salary for independent living expenses, use exercises from a career planning guide for improving employment skills_ **Community Experiences as Appropriate:** _Research local county and community services for employment opportunities and job training, locate local exercise facilities to stay in shape for hard work demands_ |
| Linked to Annual Goal # _1,2_ Person/Agency Responsible: _general ed, spec ed and support staff_ | **Related Services as Appropriate:** ~~445 Language and speech~~ _Counseling - 890 Other Transition_ |

| Student's Post Secondary Goal Independent Living (As appropriate): | |
|---|---|
| Upon completion of school I will _not needed/age appropriate functional skills_ | Transition Service Code as Appropriate: |
| | Activities to Support Post Secondary Goal: |
| | Community Experiences as Appropriate: |
| Linked to Annual Goal # _____ Person/Agency Responsible: | Related Services as Appropriate: |

Name _D____ H____    Birthdate _10/1/1994_

## CONTRA COSTA SELPA
## INDIVIDUAL TRANSITION PLAN

### District Graduation Requirements:

**Course of Study**
A multi-year description of student's coursework from current year to anticipated exit year, in order to enable the student to meet their post secondary goal. ☑Yes ☐No *When interviewing student we discussed still needed courses and verbally mapped out a plan for him to stay on track. His transcript shows he needs to take English, math, world history/geography and some elective of his choice for next year. The needed section of his transcript also shows still needed courses.*

Units/Credits Completed: _135.5_              Units/Credits Pending: _84.5_

Diploma: ☑Yes ☐No

Certificate of Completion: ☐Yes ☐No              Anticipated Completion Date: _06/12/2014_

### CAHSEE (High School Exit Exam)

☑CAHSEE/ELA date: _02/06/2013_      Score: _304_      ☐Passed ☑Did not pass

☐CAHSEE/Math date: _02/06/2013_      Score: _346_      ☐Passed ☑Did not pass

☐CAHSEE Other: _____

### Age of Majority:

☑On or before the student's 17th birthday, he/she has been advised of rights at age of majority(age 18)

By whom: _Chris Piganelli_                          Date: _07/25/2012_

When you reach the age of 18, the age of majority, you have the right to receive all information about your educational program and make all decisions related to your education. This includes the right to represent yourself at an IEP meeting and sign the IEP in place of your parent or guardian.

The student's IEP includes appropriate measurable postsecondary goal or goals that covers the education or training, employment, and as needed independent living? ☑Yes ☐No

Is (are) the postsecondary goal(s) updated annually? ☑Yes ☐No

Are there transition services in the IEP that will reasonably enable the student to meet his or her postsecondary goal(s)?
☑Yes ☐No

Is (are) there annual IEP goal(s) related to the student's transition services needs? ☑Yes ☐No

CONTRA COSTA SELPA
PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Name D███████ H█████                                                      IEP Date: <u>5/28/2013</u>

**Strengths/Preferences/Interests**  *Has strong independent qualities, wants to succeed on his own, prefers small group learning and is interested in art, music and building things, he would like to go to college and be in construction.*

**Concerns of parent relevant to educational progress**  *to continue to go to school and get the help he needs*

| CA Standards Test | English/Language Arts | ☐Adv. ☑Proficient☐Basic ☐Below Basic☐Far Below Basic |
|---|---|---|
| | Math | ☐Adv. ☐Proficient☐Basic ☐Below Basic☑Far Below Basic |
| | Hist./Soc.Sciences | ☐Adv. ☐Proficient☐Basic ☐Below Basic☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient☐Basic ☐Below Basic☐Far Below Basic |
| CMA | English Language Arts | Mathematics _____ Science _____ Other _____ |
| CAPA | English/Language Arts | ☐Adv. ☑Proficient☐Basic ☐Below Basic☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient☐Basic ☐Below Basic☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient☐Basic ☐Below Basic☐Far Below Basic |
| CELDT | Listening _____ | Speaking _____ Reading _____ Writing _____ |

Physical Education Testing (grades 5, 7 & 9):
Other Assessment Data (e.g., curriculum assessment, other district assessment, etc.)

Hearing ( <u>07/23/2012</u> ) ☑Pass☐Fail ☐Other _____   Vision ( <u>07/23/2012</u> ) ☑Pass☐Fail ☐Other _____

**Preacademic/Academic/Functional Skills**
*He has good basic skills in math, struggles with complex problems in pre-alg and alg 1, he reads below grade level but just needs to read more to improve vocabulary and word recognition. He writes simple sentences with spelling and grammar errors.*

**Communication Development**
*He speaks with his head down and doesn't say much, he is easy to understand but doesn't seem to like to communicate with adults. He has speech services but is on consultation basis only as he feels he doesn't need it, the speech therapist feels he is progressing and is at the consultation only stage.*

**Gross/Fine Motor Development**
*No Concerns at this time*

**Social Emotional/Behavioral**
*No Concerns at this time*

**Vocational**
*has shown an interest in construction and owning his own business*

**Adaptive/Daily Living Skills**
*No Concerns at this time*

**Health**
*No Concerns at this time*

CONTRA COSTA SELPA
SPECIAL FACTORS

Name _D_____ H____                                    IEP Date: _5/28/2013_

Does the student require assistive technology devices and/or services?
☑No ☐Yes (specify)


Does the student require low incidence services, equipment and/or materials to meet educational goals?
☑No ☐Yes (specify)

Considerations if the student is blind or visually impaired:  *student is not blind*

Considerations if the student is deaf or hard of hearing:  *student is not deaf*

If the student is an English Learner, complete the following section:
    Does the student need primary language support? ☑No ☐Yes if yes, who will provide? _____
    What will be the language of instruction for the student? _____
    Who will provide ELD services to student? ☐General Education Staff ☐Special Education Teacher
    What type of ELD services will be provided? ☐English Language Mainstream ☐Structured English Immersion
    Comments:

Does student's behavior impede learning of self or others? ☑No ☐Yes (describe) *His behavior at this site has been good,
he is calm, quiet and remains in class. A social goal was written to have him address his taking a look at and identifying, his
emotions in relation to interacting with others.*

   If yes, specify positive behavior interventions, strategies, and supports


   ☐Behavior Goal is part of this IEP ☐Behavior Support Plan (BSP) attached ☐Behavior Intervention Plan (BIP) attached

---

For student to receive educational benefit, goals will be written to address the following areas of need:
*math, written expression, social-emotional*

CONTRA COSTA SELPA
Statewide Assessments

Student: D___ H___                                          IEP Date: <u>5/28/2013</u>

**Participation in Statewide Assessment Program, STAR**
(California Standards Test, California Modified Assessment Test, California Alternate Performance Assessment)

**English Language Arts (ELA)** (Grades 2-11; CMA only applies to grades 3-11)
    <u>21 CMA With testing accommodations</u>
    *extra time, small group and directions clarified*

**Math** (Grades 2-11; CMA only applies to grades 3-7)
    <u>21 CMA With testing accommodations</u>
    *extra time, small group and directions clarified*

**Algebra** (Grades 7-11, Algebra I)
    _____

**Geometry** (Grades 8-11, geometry end of course)
    _____

**Science** (Grades 5, 8-11)
    <u>11 CST With testing accommodations</u>
    *same*

**History/Social Science** (Grades 8-11)
    <u>11 CST With testing accommodations</u>
    *same*

**Writing** (Grades 4 & 7 only)
    *90 Not to participate (outside testing group or plan type ISP)*

☑ If student is taking CMA or CAPA, IEP team has reviewed the criteria for taking alternate assessments.

**CAPA ELA** (Grades 2-11) **Science** (Grades 5,8,10) **Math** (Grades 2-11) _____
    The student will not participate in the CST or CMA because
    Participating in the CAPA is appropriate because

☐ **Physical Fitness Test** (Grades 5, 7 & 9 only)
Accommodations      Modifications

**CAHSEE** (Grades 10-12, or ages 15+ and grade code is 'Ungraded')
    <u>11 With testing accommodations</u>
    *extra time, small group and directions clarified*

☐ **Other State-Wide/ District-Wide Assessment(s) Alternate Assessment(s)**
Alternate Assessment(s) appropriate because:

| For Preschoolers (Ages 3, 4 and 5 years) Desired Results Developmental Profile (DRDP Access) |
|---|
| Adaptations: |
| ☑ Not Applicable     ☐ Visual support     ☐ Sensory support |
| ☐ Augmentative or alternative communication system   ☐ Assistive equipment or device   ☐ Alternative response mode |
| ☐ Alternative mode for written language     ☐ Functional positioning |

**FOR ENGLISH LEARNERS ONLY**

☐ CELDT
    ☐ Listening without accommodations
    ☐ Listening with accommodations:
    ☐ Speaking without accommodations
    ☐ Speaking with accommodations:
    ☐ Reading without accommodations
    ☐ Reading with accommodations:
    ☐ Writing without accommodations
    ☐ Writing with accommodations:

☐ Standards based Tests in Spanish STS
    ☐ Math without testing accommodations
    ☐ Math with testing accommodations:
    ☐ Reading, Language, Spelling without accommodations
    ☐ Reading, Language, Spelling with accommodations:

CONTRA COSTA SELPA
ANNUAL GOALS AND OBJECTIVES

Name _D_____ H_____   IEP Date: *5/28/2013*

| Area of Need: *Budgeting* | Measurable Annual Goal# *1* |
|---|---|

**Baseline:** *This goal is carried over from past IEP, he has made progress but not enough to meet goal. He has good basic math skills and can apply them to other, higher level math but he needs to be organized. Continuing to improve in math while implementing his skills into a living budget with estimated salary will help him with transitioning to adulthood and independent living.*

*(Budgeting) By 5/28/14, when given examples of how to design a budget (using wages, expenses and a sample budget), D____ will understand and demonstrate the skills to stay within the budget, allow money for savings, emergencies and retirement while covering all expenses with the given wages with 90% accuracy in three of four trials as measured by teacher/staff observation and documentation.*

☐Enables student to be involved/progress in general curriculum/state standard _____
☑Addresses other educational needs resulting from the disability
☐Linguistically appropriate
☑Transition
Goal: ☑Education/Training ☐Employment ☑Independent Living
Person(s) Responsible *gen ed, spec ed and support staff*

Progress Report 1: _____
Summary of Progress

Comment

Progress Report 2: _____
Summary of Progress

Comment

Progress Report 3: _____
Summary of Progress

Comment

Goal: Annual Review   Date: _____
Goal Met ☐Yes ☐No
Comments:

CONTRA COSTA SELPA
ANNUAL GOALS AND OBJECTIVES

Name  D████ H████                                                IEP Date: *5/28/2013*

| Area of Need: *improve alg skills* | Measurable Annual Goal# *2* |
|---|---|
| **Baseline:** *he has good basic skills of arithmetic but needs to review, then be able to implement them to work with the complex/abstract principles of alg 1* | *(Annual Goal) By (5/28/14), when given a series of multi-step linear problems and word problems at D█████ independent reading level, involving one variable, D█████ will solve linear equations, (involving real numbers, fractions and decimals) and inequalities with _85_% accuracy in _3_ of _4_ trials as measured by student work samples/teacher observation and grading.* |

☑Enables student to be involved/progress in general curriculum/state standard *8-12.5*
☐Addresses other educational needs resulting from the disability
☐Linguistically appropriate
☑Transition
Goal: ☐Education/Training ☑Employment ☐Independent Living
Person(s) Responsible *general ed, spec ed, support staff*

| Progress Report 1: _____ |
|---|
| Summary of Progress |
| Comment |

| Progress Report 2: _____ |
|---|
| Summary of Progress |
| Comment |

| Progress Report 3: _____ |
|---|
| Summary of Progress |
| Comment |

| Goal: <u>Annual Review</u>     Date: _____ |
|---|
| Goal Met ☐Yes ☐No |
| Comments: |

Name _D_____ H_____                                    IEP Date: 5/28/2013

| Area of Need: *improve paragraph writing*<br><br>Baseline: *He writes simple sentences and doesn't write very much. He has poor spelling and grammar along with weak organization skills.* | Measurable Annual Goal# *3*<br>*(Annual Goal) By (5/28/14), when given teacher-made examples of writing prompts for a variety of writing assignments, D_____ will develop complete sentences and use a writing rubric (teacher of student made) to self/peer-edit writing assignments, including formal paragraphs for development, spelling, grammar and punctuation errors with __80_% accuracy in __3_ of __5 writing trials as measured by student or teacher made rubric, or teacher observation and grading system.*<br><br>☑ Enables student to be involved/progress in general curriculum/state standard *8.1.6*<br>☐ Addresses other educational needs resulting from the disability<br>☐ Linguistically appropriate<br>☑ Transition<br>Goal: ☑ Education/Training ☐ Employment ☐ Independent Living<br>Person(s) Responsible *general ed, spec ed and support staff* |

| Progress Report 1: _____<br>Summary of Progress<br><br><br>Comment |
| :--- |
| Progress Report 2: _____<br>Summary of Progress<br><br><br>Comment |
| Progress Report 3: _____<br>Summary of Progress<br><br><br>Comment |
| Goal: <u>Annual Review</u>     Date: _____<br>Goal Met ☐ Yes ☐ No<br>Comments: |

CONTRA COSTA SELPA
Offer of FAPE
SERVICES

Name _D███ H███_  IEP Date: _5/28/2013_

Service Options considered (In selecting LRE, consideration is given to any harmful effect on the child or quality of services that the child needs) *General education and general ed with instructional support program services.*

| Supplementary Aids, Services & Other Supports for school personnel, or for student, or on behalf of the student | | | | | |
|---|---|---|---|---|---|
| Aids, Services, Program Accommodations/Modifications, and/or Supports | | Start/End Date | Frequency | Duration | Location |
| extra time on classroom assignments and tests, small group instruction and directions clarified | ☑Student ☐Personnel | 05/28/2013 05/28/2014 | daily | 90 min for core curriculum | general ed setting |
| speech as a consultation only service | ☑Student ☐Personnel | 05/28/2013 05/28/2014 | monthly | 30 min if needed | visiting or unit area/ or with classroom teacher in general ed class |

Transportation Special Ed ☑No ☐Yes

### SPECIAL EDUCATION and RELATED SERVICES

Service: _Specialized Academic Instruction_

Start Date: _05/28/2013_.  End Date: _05/28/2014_

Provider: _County Office of Education_ ☐Ind ☑Grp ☐Sec Transition

Duration/Freq: _90_ min _5_ x Totaling: _450_ min served _Weekly_

Location: _Juvenile court school_

Comments:

Service: _College awareness_

Start Date: _05/28/2013_   End Date: _05/28/2014_

Provider: _County Office of Education_ ☐Ind ☑Grp ☐Sec Transition

Duration/Freq: _15_ min _1_ x Totaling: _15_ min served _Monthly_

Location: _Juvenile court school_

Comments:

Service: _Career awareness_

Start Date: _05/28/2013_   End Date: _05/28/2014_

Provider: _County Office of Education_ ☐Ind ☑Grp ☐Sec Transition

Duration/Freq: _15_ min _1_ x Totaling: _15_ min served _Monthly_

Location: _Juvenile court school_

Comments:

Service: _Individual counseling_

Start Date: _07/31/2012_   End Date: _05/27/2013_

Provider: _Department of Mental Health_ ☐Ind ☐Grp ☐Sec Transition

Duration/Freq: _30_ min  _1_ x  Totaling:  _30_ min served  _Weekly_

Location: _Juvenile court school_

Comments: _Individual counseling with county mental health no longer added to IEP_

Service: _Language and speech_

Start Date: _07/31/2012_   End Date: _05/27/2013_

Provider: _County Office of Education_ ☐Ind ☐Grp ☐Sec Transition

Duration/Freq: _30_ min  _1_ x  Totaling:  _30_ min served  _Monthly_

Location: _Juvenile court school_

Comments:  _speech with speech therapist on consultation basis_

EXTENDED SCHOOL YEAR (ESY)
☐Yes ☑No

Programs and services will be provided according to when student is in attendance and consistent with the <u>district of service</u> calendar and scheduled services, excluding holidays, vacations, and non-instructional days unless otherwise specified.

CONTRA COSTA SELPA
Offer of FAPE
EDUCATIONAL SETTING

Name  *D____ H____*                                   IEP Date: _5/28/2013_

Physical Education  ☑General☐Specially Designed☐Other _____

**District of Service** _Contra Costa County Office of Education_    **School of Attendance** _COE- Mt. McKinley School_
**School Type** _Juvenile court school_    **Federal Setting** _Correctional facility_
**Federal Preschool Setting** _____
**All special education services provided at student's school of residence?** ☐Yes☑No  (rationale) _student is not able to_
_attend his district of residence at this time_

_0_____ % of time student is <u>outside</u> the regular class & extracurricular & non academic activities
_100_ % of time student is <u>in</u> the regular class & extracurricular & non academic activities

Student will not participate in the regular class & extracurricular & non academic activities _____
  because

Other Agency Services
        ☐California Children's Services(CCS)                    ☐Regional Center
        ☐Probation                                             ☐Department of Rehabilitation
        ☐Dept. of Social Services(DSS)
        ☐Other _____
        ☐County Mental Health (CMH)

Promotion Criteria:  ☑District☐Progress on Goals☐Other _____

Parents will be informed of progress
              ☑Quarterly☐Trimester☐Semester ☐Other _____
        How?  ☑Progress Summary Report ☐Other _____
                        ACTIVITIES TO SUPPORT TRANSITION
        (e.g. preschool to kindergarten, special education and/or NPS to general education class, 8th-9th grade, etc)

_Student will receive instructional support program services, college and career awareness along with consultation only speech_
_services._
                        GRADUATION PLAN
                        (Grade 7 and Higher)

Projected graduation date and/or secondary completion date _08/29/2014_
_10 To participate in high school curriculum leading to a diploma_

CONTRA COSTA SELPA
SIGNATURE AND PARENT CONSENT

Name *DARREN HOLDEN*                                              IEP Date: *5/28/2013*

### IEP Meeting Participants

| ▓▓▓▓▓▓▓▓ | 5/28/13 | | 5/28/13 |
|---|---|---|---|
| Parent/Guardian | Date | Parent/Guardian | Date |
| *(signature)* | 5/28/13 | *(signature)* | 5/28/13 |
| LEA Representative/Admin.Designee | Date | General Education Teacher | Date |
| | | *(signature)* | 5/28/13 |
| Student | Date | Special Education Specialist | Date |
| | | *(signature)* Austin, SLP | 5/28/13 |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| *(signature)* Health/Nurse psych | 5/28/13 | | |
| Additional Participant/Title | Date | Additional Participant/Title | Date |

### CONSENT

☑ I agree to all parts of the IEP.

☐ I agree with the IEP, with the exception of _____

☐ I decline the offer of initiation of special education services.

☐ I understand that my child is <u>not</u> eligible for special education.

☐ I understand that my child is <u>no longer</u> eligible for special education.

As a means of improving services and results for your child did the school facilitate parent involvement?
☑ Yes ☐ No ☐ No Response

Signature below is to authorize and approve the IEP.

Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓         Date 5/28/13
☑ Parent ☐ Guardian ☐ Surrogate ☑ Adult Student

Signature: _____         Date _____
☐ Parent ☐ Guardian ☐ Surrogate ☐ Adult Student

☑ If my child is eligible or may become eligible for public benefits (Medi-Cal): I authorize district to access Medi-Cal: health insurance benefits for applicable services.

▓▓▓▓▓▓▓▓▓▓▓▓▓

Parent/Guardian Signature

☑ Parent has received a copy of the Procedural Safeguards  ☑ Parent has received a copy of assessment report (if applicable)
☑ Parent has received a copy of IEP
☐ Student enrolled in private school by their parents. Refer to Individual Service Plan, if appropriate.

| Student Name | Grade | Sex | Birthdate | Perm ID Number | Counselor |
|---|---|---|---|---|---|
| H▮▮▮▮, D▮ | 11 | M | ▮▮1994 | ▮▮▮▮▮▮ | Pine- WOOD |

Parent/guardian name, address

336 Alamo Ave
Richmond, CA 94804

# Transcript of Student Progress

May 23, 2013
Mt. McKinley School
202 Glacier Drive
Martinez, CA 94553
(925) 957-2767 | Fax (925) 957-2770

**Crs-ID    Course Title    Mark  Att/Cmp**

**Grade 9 SUMMER Sem1/ QTR 1 2009-2010**

*Transition Lrng Ctr*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 900 | English | F | 0.00 | 0.00 |
| 900 | English | F | 0.00 | 0.00 |
| 915 | Algebra I | F | 0.00 | 0.00 |
| 922 | PhySci/Erth/Chm | F | 0.00 | 0.00 |
| 932 | U.S. History | F | 0.00 | 0.00 |
| 960 | P.E. | F | 0.00 | 0.00 |
| 970 | Elective | F | 0.00 | 0.00 |

Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00

**Grade 9 FALL Sem1/ QTR 2 2009-2010**

*Transition Lrng Ctr*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 900 | English | C | 5.00 | 5.00 |
| 910 | Math-PreAlgebr | C | 5.00 | 5.00 |
| 922 | PhySci/Erth/Chm | D | 2.50 | 2.50 |
| 922 | PhySci/Erth/Chm | D | 2.50 | 2.50 |
| 932 | U.S. History | C | 5.00 | 5.00 |
| 950 | French | C | 5.00 | 5.00 |
| 960 | P.E. | B | 2.50 | 2.50 |

Credit Att: 27.50 Cmp: 27.50 AGPA: 2.00

**Grade 9 FALL Sem1/ QTR 2 2010-2011**

*De Anza High School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 960 | P.E. | A | 2.50 | 2.50 |

Credit Att: 2.50 Cmp: 2.50 AGPA: 4.00

**Grade 10 FALL Sem1/ QTR 2 2010-2011**

*De Anza High School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 900 | English | D- | 5.00 | 5.00 |
| 915 | Algebra I | C- | 5.00 | 5.00 |
| 920 | Biolg Sci/ Life | D- | 5.00 | 5.00 |
| 930 | WorldHist/ Geog | D- | 5.00 | 5.00 |
| 950 | Fine Arts | D- | 5.00 | 5.00 |
| 960 | P.E. | D- | 5.00 | 5.00 |

Credit Att: 30.00 Cmp: 30.00 AGPA: 1.17

**Grade 10 SPRING Sem2/ QTR 4 2010-2011**

*De Anza High School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 900 | English | C- | 5.00 | 5.00 |
| 915 | Algebra I | C- | 5.00 | 5.00 |
| 920 | Biolg Sci/ Life | C- | 5.00 | 5.00 |
| 950 | Arts-ForgnLang | C | 5.00 | 5.00 |
| 960 | P.E. | B- | 5.00 | 5.00 |

Credit Att: 25.00 Cmp: 25.00 AGPA: 2.20

**Grade 11 SUMMER Sem3/ QTR 5 2010-2011**

*Mt. McKinley School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 610 | English | C | 1.00 | 1.00 |
| 611 | U.S.Hist/SocStu | D | 0.50 | 0.50 |
| 615 | P.E. | D | 0.50 | 0.50 |
| 620 | Phys Sci/ Earth | D | 0.50 | 0.50 |
| 624 | Pre-Algebra | D | 0.50 | 0.50 |

Credit Att: 3.00 Cmp: 3.00 AGPA: 1.50

**Grade 11 FALL Sem1/ QTR 1 2011-2012**

*Mt. McKinley School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 610 | English | D+ | 1.00 | 1.00 |
| 612 | Life Sci/ Biolg | C- | 0.50 | 0.50 |
| 615 | P.E. | B | 0.50 | 0.50 |
| 624 | Pre-Algebra | D | 0.50 | 0.50 |

Credit Att: 2.50 Cmp: 2.50 AGPA: 1.60

**Grade 11 SPRING Sem2/ QTR 4 2011-2012**

*Mt. McKinley School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 610 | English | D- | 1.50 | 1.50 |
| 612 | Life Sci/ Biolg | D- | 0.50 | 0.50 |
| 615 | P.E. | D | 0.25 | 0.25 |
| 619 | Algebra I | D- | 0.50 | 0.50 |
| 622 | Government | D- | 0.50 | 0.50 |
| 709 | REACH Program | B | 1.00 | 1.00 |
| 710 | Health (Elec) | D | 0.25 | 0.25 |

Credit Att: 4.50 Cmp: 4.50 AGPA: 1.44

**Grade 11 SUMMER Sem3/ QTR 5 2011-2012**

*Mt. McKinley School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 610 | English | C | 1.50 | 1.50 |
| 610 | English | C | 4.50 | 4.50 |
| 611 | U.S.Hist/SocStu | D | 0.50 | 0.50 |
| 615 | P.E. | D | 0.50 | 0.50 |
| 619 | Algebra I | F | 0.00 | 0.00 |
| 620 | Phys Sci/ Earth | D | 0.50 | 0.50 |
| 620 | Phys Sci/ Earth | D- | 2.00 | 2.00 |
| 622 | Government | D | 2.00 | 2.00 |
| 624 | Pre-Algebra | D | 0.50 | 0.50 |
| 710 | Health (Elec) | D- | 2.00 | 2.00 |

Credit Att: 14.00 Cmp: 14.00 AGPA: 1.57

**Grade 11 FALL Sem1/ QTR 1 2012-2013**

*Mt. McKinley School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 610 | English | D | 2.00 | 2.00 |
| 611 | U.S.Hist/SocStu | D | 1.00 | 1.00 |
| 615 | P.E. | B+ | 1.50 | 1.50 |
| 620 | Phys Sci/ Earth | D | 1.00 | 1.00 |
| 624 | Pre-Algebra | D | 1.00 | 1.00 |
| 710 | Health (Elec) | D | 1.00 | 1.00 |

Credit Att: 7.50 Cmp: 7.50 AGPA: 1.40

**Grade 11 FALL Sem1/ QTR 2 2012-2013**

*Mt. McKinley School*

| Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|
| 610 | English | D | 2.50 | 2.50 |
| 611 | U.S.Hist/SocStu | D | 1.00 | 1.00 |
| 615 | P.E. | D | 1.00 | 1.00 |
| 620 | Phys Sci/ Earth | D | 1.00 | 1.00 |
| 624 | Pre-Algebra | D | 1.00 | 1.00 |
| 710 | Health (Elec) | D | 1.00 | 1.00 |

Credit Att: 7.50 Cmp: 7.50 AGPA: 1.27

## Bottom Section

| | Non-Wgtd |
|---|---|
| Academic GPA | 1.72 |

Credit Attempted: 135.50
Credit Completed: 135.50

District Enter: 10/12/2010
School Enter: 5/14/2012

State ID# 9098284331

**CAHSEE**
ELA: Not Passed
Math: Not Passed

| Date | Test Taken | Score |
|---|---|---|
| 02/13 | CAHSEE: CAHSEE Math (SS) | 346 |
| 11/12 | CAHSEE: CAHSEE Math (SS) | 330 |
| 02/13 | CAHSEE: CAHSEE Eng/L.A. (SS) | 304 |
| 11/12 | CAHSEE: CAHSEE Eng/L.A. (SS) | 318 |

### CREDIT SUMMARY

| Subject Area | Credit Req'd | Compl | Needed |
|---|---|---|---|
| English | 40.00 | 32.00 | 8.00 |
| Math | 20.00 | 10.00 | 10.00 |
| Algebra 1 Req | 10.00 | 10.00 | - |
| Biological Sci | 10.00 | 10.00 | - |
| Physical Sci | 10.00 | 10.00 | - |
| U.S. History | 10.00 | 10.00 | - |
| WrldHist-Geog | 10.00 | 5.00 | 5.00 |
| Amer Gov't | 5.00 | 2.50 | 2.50 |
| Economics | 5.00 | | 5.00 |
| Art-Forgn Lang | 10.00 | 10.00 | - |
| P.E. | 20.00 | 20.00 | - |
| Electives | 70.00 | 16.00 | 54.00 |
| * TOTALS * | 220.00 | 135.50 | 84.50 |

This transcript is unofficial unless signed by a school official.

Signature: _____    Date: _____

**CONTRA COSTA SELPA**
**IEP TEAM MEETING NOTES**

**Name** D███████ H███████          **Birthdate** ███/1994          **Date** 05/28/2013

**Notes** *The student is 18 or more years old and thus is an adult student. He was notified by a meeting notice and by interview of his IEP. He initially wanted to refuse special ed services but after some information and interviewing him he agreed to continue with services. The IEP was a 3 yr, annual and transition planning. In attendance was the general ed teacher, spec ed teacher, speech therapist, psychologist and an administrative designee. Procedural safeguards had previously been reviewed with the student and a copy was provided to him when the IEP was reviewed. The speech therapist reported out that he will continue to be on a consultation basis only. The psychologist gave her report, the student had waived all formal testing but a review of records and interviews were used in the psych report. The general ed teacher who know the student from the past reported he isn't working up to his full potential. The student felt the goals were good ones for him to work on and he consented and signed the IEP. A copy will be provided to him upon his transition to another program or to his home district. He will continue to receive county mental health counseling but it isn't to be reported as a service in the IEP.*

CONTRA COSTA SELPA
TRIENNIAL REEVALUATION DETERMINATION

Name _D█████ H████_                      BirthDate: ████1994  4/30/13
School: COE- Mt. McKinley School         Date of Determination: 4/30/13
Date Triennial IEP Due: 06/01/2013       Case Manager: Sarah ░

Date of Parent/Legal Guardian Contact: _____

Method of Contact: ☐Phone Conference ☐IEP Meeting ☒Other Meeting ☐Written Correspondence

As part of determining the need for reassessment the District/LEA has completed **all** of the following steps: *(all must be checked)*
☒Existing assessment data has been reviewed, including assessments provided by the parents.
☒Current classroom-based assessments have been reviewed.
☒Teacher and related services provider(s) observations have been reviewed.
☒Parent/legal guardian input has been reviewed and considered.

Based upon a review of the information referenced above, the LEA, in collaboration with parent, has determined that additional assessment is needed:
☒Yes ☒No

If yes, it is recommended that assessment be completed in the following areas: *(Check all that apply)*
☒Academic Achievement      ☐Health
☐Cognitive Functioning     ☒Language/Speech Communication Development
☒Motor Development         ☒Adaptive/Behavior
☐Social/Emotional          ☐Post-Secondary Transition
☐Other                     ☐Alternate Means of Assessment
                           (Describe alternate methods of assessing the student, if applicable)

student, teacher, interview, observation file review,

If yes, additional assessment data is needed to determine: *(Check all that apply)*
☐1. Whether the student has a particular category of disability and/or continues to meet the eligibility criteria as a child with a disability.
☒2. The present level of performance of the student and the student's educational needs.
☐3. Whether the student continues to need special education and related services.
☒4. Whether any additions or modifications to special education and related services are needed to enable the student to meet the annual goals included in the student's IEP and to participate, as appropriate, in the general curriculum.

If no, reason(s) it was determined that further assessment data was not needed:


The parent(s) has/have exercised the right to request an assessment to determine whether their child continues to meet special education eligibility criteria and to determine his/her educational needs:
☒Yes ☐No

The signatures below are documentation that the LEA reviewed the data referenced above in making the determination of whether to conduct further assessment and involved the parent/legal guardian in the process.

_____          _____
Parent/Legal Guardian Signature     Date

_____          _____
Parent/Legal Guardian Signature     Date
_____          _4/30/13_
District/LEA Representative Signature Date

student is 18 yrs old

I D████ H████ do not wish for any formal

assessment   x D████ H████  ░░/13

# FILE COPY
### CONTRA COSTA SELPA
### NOTICE OF MEETING
### INDIVIDUALIZED EDUCATION PROGRAM

☐Initial ☑Annual ☑Triennial ☑Transition Planning ☐Pre-Expulsion ☐Interim ☐Other _____

Student Name: _D███ H███_  Birthdate: ████ _1994_  Phone: ████████
Address: ████████████████████
Today's date: _05/28/2013_

Dear _D███ H███_

An Individual Education Program (IEP) Meeting has been scheduled for the above student. Your participation is important in the development of an appropriate education. The student could benefit from participation in the IEP Meeting and is invited to attend. Secondary students age 15 or older should attend the IEP Team meeting as appropriate. You have the right to have other individuals present who have knowledge or special expertise relating to the above student. If this is the initial IEP meeting and the student was receiving services under Part C, through an IFSP you may request that the district invite the Part C Service Coordinator or other representative.

**You are requested to attend this meeting as a participating member of the IEP team.** The meeting is scheduled for:

Date: _05/28/2013_   Time: ~~2:00~~ _12:30_
School/Location: _Mt McKinley_   Room: _TBD_

### We anticipate that the following members may also attend:

☑Administrator/Designee    ☑ _Probation_
☑Special Education Teacher  ☐ _____
☑General Education Teacher  ☐ _____
☑Student                     ☐ _____
☑Psychologist               ☐ _____
☑Specialist _Speech Therapist_  ☐ _____
　　　　Type

NOTICE: If you wish to audio tape this meeting, you must provide 24 hour notice, we will also audio tape the meeting.

**If you would like further information about your Procedural Safeguards or the purpose of this meeting, please call:**
Name: _Sarah Johnson_                 Title: _ISP Teacher_
School/District: _Contra Costa County Office of Education_   Phone: _(925)957-2775_

**Please complete and sign this form, and return to:** _Sarah Johnson_
Check the following items, as appropriate:
☑YES, I plan to attend the meeting ☐I do not plan to attend the meeting, but I am available by teleconference
☐I require assistance of an interpreter. _____
　　　　　　　　　　　　　　Language
☐I request a different time and/or place. Please call me at home _____ work _____
☐I give my consent for the district to invite other agency personnel to attend the meeting if secondary transition is being addressed.

X ████████████████████   _4.30.13_
Parent/Guardian/Surrogate/ Adult Student Signature   Date

☐NO, I cannot attend the meeting, but hereby give my permission for the meeting to be held without me (CFR 300.322d). I understand the IEP and related documents from this meeting will be provided to me for my signature, and I agree to return them in a timely manner. _Adult Student, did not want to attend mtg._

☐NO, I cannot attend, but I will send _____ as my representative to speak for me. I understand the IEP and related documents from this meeting will be provided to me for my signature, and I agree to return them in a timely manner.

X ████████████████████   _5.21.13_
Parent/Guardian/Surrogate/ Adult Student Signature   Date

CONTRA COSTA SELPA
IEP TEAM MEMBER EXCUSAL

From A Meeting In Whole Or In Part

By mutual agreement between the parent/adult student, and designated representative of the local education agency, the presence and participation of the Individual Education Program team member(s) identified below is/are not necessary and has/have been excused from being present and participating in the meeting scheduled on _5/28/2013_ because (1) the member's area of the curriculum or related services is not being modified or discussed in the meeting or (2) the meeting involves a modification to or discussion of the member's area of curriculum or related services and the member submitted, in writing to the parent and the IEP team, input into the development of the IEP prior to the meeting.

| Individual Education Program Team Member(s) | Area Of Curriculum Or Related Services | Check appropriate column explaining why the IEP team member is being mutually excused from the IEP meeting in ☑ whole or ☐ in part: | |
| | | Area Of Curriculum Or Related Services Is Not Being Discussed Or Modified | Written input has been submitted to the parent and the IEP team prior to the meeting regarding Area Of Curriculum Or Related Services |
| administrator | | x | |
| general ed teacher | core curriculum | | x |
| probation | | x | |
| mental health therapist | counseling | | x |
| Speech Therapist | Speech | | X |

By mutual agreement the IEP team members identified above, have been excused from being present and participating in my child's IEP meeting.

_Circle_ relationship to student, sign, and date below.

Signature of Parent/Guardian/Surrogate: _____ Date: _____

Signature of Parent/Guardian/Surrogate: _____ Date: _____

Signature of Adult Student (ages 18-21): ██████████  Date: 5·22·13

Signature of Designated District Representative: _____ Date: _05/15/2013_
Title/Position: _special education teacher_

"IDEA Section 614 (d) (1) (c) IEP TEAM ATTENDANCE- '(i) ATTENDANCE NOT NECESSARY – A member of the IEP team shall not be required to attend an IEP meeting, in whole or in part, if the parent of a child with a disability and the local educational agency agree that the attendance of such a member is not necessary because the member's area of the curriculum or related services is not being modified or discussed in the meeting, '(ii) EXCUSAL- A member of the IEP Team may be excused from attending an IEP meeting, in whole or in part, when the meeting involves a modification to or discussion of the member's area of curriculum or related services, if—'(I) the parent and the local educational agency consent to the excusal; and '(II) the member submits, in writing to the parent and the IEP team, input into the development of the IEP prior to the meeting. '(iii) WRITTEN AGREEMENT AND CONSENT REQUIRED- A parent's agreement under clause (i) and consent under clause (ii) shall be in writing."

# CONTRA COSTA COUNTY OFFICE OF EDUCATION
### 77 Santa Barbara Rd.  Pleasant Hill, CA 94523 (925) 942-3388

Triennial Evaluation
FILE REVIEW

Student: D███ H███        Date of Birth: ███/94
Age: 18-8                  School: Mt. McKinley
Grade: 11th
Examiner: Suzanne Heim-Bowen        Date of Report: 5/8/13

## REASON FOR REFERRAL:

Educational records and confidential files were reviewed in accordance with state and federal regulations as part of a re-evaluation of special education services. Sarah Johnson, Instructional Support Provider, in a conversation with D███, specifically requested that he did not want formal testing, observation or interview to be completed for the triennial psycho-educational review. At this point and time no new data is needed to confirm that Darren continues to meet the eligibility criteria as a student with a disability.

## CURRENT ELIGIBILTY:

D███ was found eligible for special education on 11/8/2001 and is currently qualifying for special education services as a student with an Intellectual Disability as of the IEP meeting in 5/10. Previously, D███ had qualified for special education as a student with a Speech and Language Disability. It is listed on his IEP that he receives counseling through Department of Mental Health and speech and language support services.

## SOURCES OF INFORMATION:
  * Review of records

## BACKGROUND HEALTH, DEVELOPMENTAL HISTORY:

Records indicate that he has a medical diagnosis of Attention Deficit Disorder (ADHD) per the 5/1/10 psycho-educational report. In the past, he has not received medication for ADHD. It was also noted that he has a history of seasonal allergies. He passed the vision and hearing screening 7/23/12.

## SCHOOL HISTORY:

Kindergarten- 1st Grade

            Nystrom Elementary, (WCCSD)
            Report indicated academic and behavioral
            difficulties resulting in a half day schedule.

2nd Grade – 9th Grade             Transition Learning Center, (WCCCSD)
                                         Vista High Alternative (WCCCSD)

10th Grade                     De Anza Senior High, (WCCSD)
                                         North Campus Continuation (WCCSD)

Throughout his school career D⬛ academic performance has been in the significantly below average range. Reports also note poor school attendance and behavioral issues: leaving class/school and defiance. D⬛ received mental health services through AB3632 for case management and also had a therapist from Seneca in 2010. Reports note that D⬛ "is uncooperative and does not want to engage in counseling."

## PREVIOUS PSYCHOEDUCATIONAL TESTING:

Differential Ability Scales (DAS)                          11/01

The DAS assesses the cognitive abilities of children and provides a composite score reflecting conceptual and reasoning abilities, cluster scores measuring specific ability areas, and individual subtest scores representing a range of diverse abilities. The range of abilities measured enables the DAS to profile a child's strengths and weaknesses.

| Index | Standard Score |
|---|---|
| Verbal Ability | 73 |
| Nonverbal Reasoning | 71 |
| GCA | 71 |

Developmental Test of Visual-Motor Integration (VMI)             11/01

The VMI is designed to assess the extent to which individuals can integrate their visual and motor ability (eye-hand coordination).

| Standard Score |
|---|
| 77 |

Differential Ability Scales-II (DAS-II)                          5/10

| | Standard Score |
|---|---|
| Verbal Ability | 59 |
| Verbal Similarities | 72 |
| Word Definitions | 55 |
| Nonverbal Reasoning | 62 |
| Matrices | 60 |
| Sequential/Quantitative Reasoning | 72 |
| Spatial Ability | 73 |
| Recall of Designs | 75 |
| Pattern Construction | 78 |
| GCA | 61 |

Developmental Test of Visual-Motor Integration (VMI)          5/10
The VMI is designed to assess the extent to which individuals can integrate their visual
and motor ability (eye-hand coordination).

| Standard Score |
| --- |
| 65 |

Vineland Adaptive Behavior Scales-II (Vineland – II)
**Vineland** Scales are designed to measure social/adaptive behavior. They consist of a
questionnaire that gives information in four areas: communication, daily living skills
socialization, and motor skills. Adaptive behavior is defined as performance of the day to
day activities necessary to take care or oneself and get along with others. Adaptive
behavior is age based and is defined by the expectations and standards of others. It
represents the typical performance rather than the ability of the individual.

|  | Parent | Teacher |
| --- | --- | --- |
|  | Standard Score | |
| **Communication** | 71 | 69 |
| **Daily Living Skills** | 105 | 74 |
| **Socialization Skills** | 77 | 61 |

Woodcock Johnson Tests of Achievement (WJ III-ACH)          5/10
The WJ-III-ACH measures individual academic achievement in reading, mathematics,
written language & knowledge.

| Test | Standard Score |
| --- | --- |
| Letter-Word I.D. | 117 |
| Passage Comprehension | 62 |
| Reading Fluency | 41 |
| Calculation | 74 |
| Applied Problems | 80 |
| Math Fluency | 68 |
| Spelling | 78 |
| Writing Samples | 77 |
| Writing Fluency | 57 |

Achenbach Child Behavior Checklist          5/10
D███ *scored in the Borderline Range in the following areas:*
Parent:          Withdrawn, Thought Problems
Teacher:          Delinquent Behavior
Therapist:          Social Problems, Attention Problems
Student:          Anxious/Depressed, Social Problems


D███ *scored in the Clinically Significant Range in the following areas:*
Teacher:          Attention Problems
Therapist:          Anxious/Depressed, Delinquent Behavior, Withdrawn
Student:          Delinquent Behavior

Renaissance Star Test                                        8/7/12
Math                    1st %ile
Reading                 1st %ile

California High School Exit Exam (CAHSEE)

|                       | 11/6/12 | 2/5/13 |            |
|-----------------------|---------|--------|------------|
| English/Language Arts | 318     | 304    | Not Passed |
| Math                  | 330     | 346    | Not Passed |

At the time of this report, D███ has earned 135 credits towards his high school diploma.

Previous IEP Goals: demonstrating an understanding of how to stay within a budget, covering all expenses with the given wages; using appropriate vocabulary to communicate his wants and needs; when given a series of multi-step linear problems and word problems at D███ independent reading level, involving one variable D███ will solve linear equations and inequalities; develop and use a writing rubric to self/peer edit writing assignments for spelling, grammar and punctuation errors.

## ELIGIBILTY CRITERIA FOR SPECIAL EDUCATION:

*To meet the eligibility requirements for Special Education, specific criteria must be met for one or more of the 13 Federal qualifying disability classifications. In addition, the student's needs cannot be the result of environmental factors, cultural differences, Limited English Proficiency, economic disadvantage, limited school experience, or poor school attendance. Finally, academic needs must be so severe they cannot be met within regular education.*

## SUMMARY & ELIGIBLITY:

D███ is an 18-year-old young man and is currently in the 11th grade. His file was reviewed as part of his triennial review to determine his continued eligibility. He is currently qualifying for special education services under the category of Intellectual Disability and secondary eligibility category of Speech and Language Impairment.

Based on D███ previous psycho-educational assessment and the information in his file for this review, he continues to demonstrate significantly below average cognitive ability and adaptive behavior that affects his educational performance: communication, socialization and overall academics. D███ does continue to meet the eligibility criteria as an individual with exceptional needs for Intellectual Disability.

The Individualized Education Program team will meet to review this report and classroom performance. Eligibility, recommendations, educational placement, and appropriate assistance will be discussed at the IEP team meeting.

## RECCOMENDATIONS:

Based on D███ age and struggles with academics, a high school diploma may be a struggle for him. He needs to explore programs that will provide job skills training. Additionally, even though D███ is over 18 years old, a referral to Regional Center of

the East Bay continues to be appropriate (this was suggested in the previous psycho-educational report 5/1/10).

The recommendations from the previous psycho-educational report continue to be appropriate. Specifically:
1. IEP team needs to review post-secondary goals.
2. Curriculum to include functional life skills.
3. Explore areas of interest for potential work that include 'hands on' experience.
4. Rote learning of basic math facts, calculator use, money skills, and survival word reading for independent functioning.
5. Appropriate community experiences.


Respectfully Submitted,

Suzanne Heim-Bowen M.S., M.S.
School Psychologist
Licensed Educational Psychologist #2357
Contra Costa County Office of Education

<u>CONTRA COSTA COUNTY OFFICE OF EDUCATION</u>

<u>Triennial Report- Speech and Language</u>

Name: D███ H███
DOB: ███94
Age: 18 years, 7months
Placement: Mt. McKinley High School- COE Court Schools
Report Date: May 28, 2013
Examiner: Jolynn Austin, M.S., CCC/SLP
      COE Speech Pathologist

<u>Triennial Report Summary</u>

    D███ has participated in the RS-Speech and Language program at Mt. McKinley High School on *CONSULT SERVICE ONLY* model for the past school year. He has declared his desire to end the service and does not wish to further participate in speech therapy, at this time. No reports from educational staff, to date, have indicated that D███ has needed services at a more intensive level.

    It is recommended that D███ continue to receive *CONSULT ONLY* services for the upcoming school year. It is understood that D███ is not in agreement with the need for service, however, if a need should arise, he will be encouraged to seek the assistance of the speech pathologist for any communication issues of concern.

Jolynn Austin, M.S., CCC/SLP, COE Speech Pathologist

**EXHIBIT U**

**CONTRA COSTA SELPA**
**INDIVIDUALIZED EDUCATION PROGRAM**

**Last Name** _W_____    **First Name** _D_____    **IEP Date:** _05/24/2012_

**Last Annual IEP** _05/25/2012_  **Next Annual IEP** _05/25/2013_  **Original Special Ed Entry Date** _03/29/2006_
**Last Eval** _05/24/2012_  **Next Eval** _05/25/2015_

**Purpose of Meeting** ☐Initial ☑Annual ☑Triennial ☐Transition ☐Pre-Expulsion ☐Interim
☐Expanded IEP ☐Other

**Birthdate** ____/1997  **Age** _15_  **Gender** ☑Male ☐Female  **Grade** _Eighth grade_  **Migrant** ☐Yes ☑No
**Native Language** _English_  **EL** ☐Yes ☑No  ☐Redesignated  **Interpreter** ☐Yes ☑No
**Student ID** _____    **SSN#:** _____    **SSID#** _____

**Residency**  _10 Parent or Legal guardian_  _____
Parent/Guardian    _____          Home Phone _____
Home Address _____          Work Phone _____
City _____          Cell Phone _____
State _____          Email Address _____
Zip _____
Parent/Guardian _____          Home Phone _____
Home Address _____          Work Phone _____
City _____          Cell Phone _____
State _____          Email Address _____
Zip _____

**District of Residence** _Antioch Unified School District_  **Residence School** _Park Middle School_
**Ethnicity:** _501 Non Hispanic_ Race 1. _600 African-American_ Race 2. _____ Race 3. _____

**INDICATE DISABILITY/IES**
Note: For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility.
**Primary**  _Specific Learning Disability (SLD)_  **Secondary**  _200 None_  * Low Incidence Disability
☐Not Eligible for Special Education ☐Exiting from Sp. ED. (returned to reg. ed/no longer eligible)

**Describe how student's disability affects involvement and progress in general curriculum(or for preschoolers, participation in appropriate activities)**

**Triennial (3 Year) Re-evaluation**
☑Triennial Re-evaluation not due prior to next IEP review date.
☐Triennial Re-evaluation due prior to or on next IEP review date.
  ☐Summary of Progress and Current Educational Performance
  ☐Full Re-evaluation
  ☐Other

**For Initial Placements Only**
Has the student received IDEA Coordinated Early Intervening Services (CEIS) using 15% of IDEA funding in the past two years? ☐Yes ☑No
Date of Initial Referral for Special Education Services _____

Person Initiating the Referral for Special Education service _____

Date District Received Parent Consent: _____
Date of Initial Meeting to Determine Eligibility _____

CONTRA COSTA SELPA
## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Name _D▒▒▒▒▒ W▒▒▒_                                              IEP Date: _5/24/2012_

**Strengths/Preferences/Interests**

**Concerns of parent relevant to educational progress**

| CA Standards Test | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Hist./Soc.Sciences | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| CMA | English Language Arts | Mathematics _____  Science _____  Other _____ |
| CAPA | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| CELDT | Listening _____ | Speaking _____  Reading _____  Writing _____ |

**Physical Education Testing (grades 5, 7 & 9):**
**Other Assessment Data (e.g., curriculum assessment, other district assessment, etc.)**

Hearing ( _____ ) ☐Pass ☐Fail ☐Other _____  Vision ( _____ ) ☐Pass ☐Fail ☐Other _____

**Preacademic/Academic/Functional Skills**
*Recent WJIII tests indicate that D▒▒▒▒▒ Academic Skills are at a 2.4 grade level and Academic Fluency is a 2.7 grade level.*

**Communication Development**
*No concern*

**Gross/Fine Motor Development**
*No concern*

**Social Emotional/Behavioral**
*No concern*

**Vocational**
*No concern*

**Adaptive/Daily Living Skills**
*No concern*

**Health**
*No concern*

CONTRA COSTA SELPA
SPECIAL FACTORS

Name  *D_____ W_____*                                   IEP Date: <u>5/24/2012</u>

**Does the student require assistive technology devices and/or services?**
☑No ☐Yes  (specify)


**Does the student require low incidence services, equipment and/or materials to meet educational goals?**
☑No ☐Yes  (specify)

**Considerations if the student is blind or visually impaired:**

**Considerations if the student is deaf or hard of hearing:**

**If the student is an English Learner, complete the following section:**

Does the student need primary language support? ☑No ☐Yes if yes, who will provide? _____
What will be the language of instruction for the student? _____
Who will provide ELD services to student? ☐General Education Staff ☐Special Education Teacher
What type of ELD services will be provided? ☐English Language Mainstream ☐Structured English Immersion
Comments:

**Does student's behavior impede learning of self or others?** ☑No ☐Yes  (describe)

If yes, specify positive behavior interventions, strategies, and supports

☐Behavior Support Plan (BSP) attached ☐Behavior Intervention Plan (BIP) attached ☐Behavior Goal is part of this IEP

---

**For student to receive educational benefit, goals will be written to address the following areas of need:**
*English*
*Math*

**CONTRA COSTA SELPA**
**Statewide Assessments**

Student: D_____ W_____                                IEP Date: _5/24/2012_

**Participation in Statewide Assessment Program, STAR**
(California Standards Test, California Modified Assessment Test, California Alternate Performance Assessment)

**English Language Arts (ELA)** (Grades 2-11; CMA only applies to grades 3-11)
   _11 CST With testing accommodations_

**Math** (Grades 2-11; CMA only applies to grades 3-7)
   _21 CMA With testing accommodations_

**Algebra** (Grades 7-11, Algebra I)
   _CMA with testing accommodations_

**Geometry** (Grades 8-11, geometry end of course)
   _____

**Science** (Grades 5, 8-11)
   _11 CST With testing accommodations_

**History/Social Science** (Grades 8-11)
   _11 CST With testing accommodations_

**Writing** (Grades 4 & 7 only)
   _11 CST With testing accommodations_

☐ If student is taking CMA or CAPA, IEP team has reviewed the criteria for taking alternate assessments.

**CAPA ELA** (Grades 2-11) **Science** (Grades 5,8,10) **Math** (Grades 2-11) _____
   The student will not participate in the CST or CMA because
   Participating in the CAPA is appropriate because

☐ **Physical Fitness Test** (Grades 5, 7 & 9 only)
Accommodations          Modifications

**CAHSEE** (Grades 10-12, or ages 15+ and grade code is 'Ungraded')
   _90 Not to participate (outside testing group or plan type ISP)_

☐ **Other State-Wide/ District-Wide Assessment(s) Alternate Assessment(s)**
Alternate Assessment(s) appropriate because:

| For Preschoolers (Ages 3, 4 and 5 years) Desired Results Developmental Profile (DRDP Access) |
| --- |
| Adaptations: |
| ☑ Not Applicable          ☐ Visual support          ☐ Sensory support |
| ☐ Augmentative or alternative communication system  ☐ Assistive equipment or device  ☐ Alternative response mode |
| ☐ Alternative mode for written language    ☐ Functional positioning |

**FOR ENGLISH LEARNERS ONLY**

☐ CELDT                                          ☐ Standards based Tests in Spanish STS
   ☐ Listening without accommodations              ☐ Math without testing accommodations
   ☐ Listening with accommodations:                ☐ Math with testing accommodations:
   ☐ Speaking without accommodations               ☐ Reading, Language, Spelling without accommodations
   ☐ Speaking with accommodations:                 ☐ Reading, Language, Spelling with accommodations:
   ☐ Reading without accommodations
   ☐ Reading with accommodations:
   ☐ Writing without accommodations
   ☐ Writing with accommodations:

☐ Other

CONTRA COSTA SELPA
ANNUAL GOALS AND OBJECTIVES

Name *D_____ W_____*                                                    IEP Date: *5/24/2012*

| Area of Need: _____ <br><br> Baseline: | Measurable Annual Goal# _____ <br><br><br> ☐Enables student to be involved/progress in general curriculum/state standard _____ <br> ☐Addresses other educational needs resulting from the disability <br> ☐Linguistically appropriate <br> ☐Transition <br> Goal:☐Education/Training☐Employment☐Independent Living <br> Person(s) Responsible _____ |
|---|---|

**Short-Term Objective:**

**Short-Term Objective:**

**Short-Term Objective:**

**Progress Report 1:** _____
**Summary of Progress**

Comment

**Progress Report 2:** _____
**Summary of Progress**

Comment

**Progress Report 3:** _____
**Summary of Progress**

Comment

**Goal:** Annual Review    Date: _____
**Goal Met** ☐Yes☐No
**Comments:**

**CONTRA COSTA SELPA**
**Offer of FAPE**
**SERVICES**

**Name** _D⬛⬛⬛ W⬛⬛⬛_        **IEP Date:** _5/24/2012_

**Service Options considered (In selecting LRE, consideration is given to any harmful effect on the child or quality of services that the child needs)** _Resource, SDC, General Education_

| Supplementary Aids, Services & Other Supports for school personnel, or for student, or on behalf of the student | | | | | |
|---|---|---|---|---|---|
| **Aids, Services, Program Accommodations/Modifications, and/or Supports** | | **Start/End Date** | **Frequency** | **Duration** | **Location** |
| _Extended time; calculator_ | ☑Student ☑Personnel | _04/27/2012_ _04/27/2013_ | _As Needed_ | _As Needed_ | _AUSD_ |

**Transportation** Special Ed ☑No ☐Yes

## SPECIAL EDUCATION and RELATED SERVICES

| |
|---|
| **Service:** _Specialized Academic Instruction_ |
| **Start Date:** _04/27/2012_   **End Date:** _____ |
| **Provider:** _District of Service_   ☐Ind ☑Grp ☐Sec Transition |
| **Duration/Freq:** _____ min _____ **Totaling:** _240_ min served _Weekly_ |
| **Location:** _Regular classroom/public day school_ |
| **Comments:** |

### EXTENDED SCHOOL YEAR (ESY)
☐Yes ☑No

Programs and services will be provided according to when student is in attendance and consistent with the <u>district of service</u> calendar and scheduled services, excluding holidays, vacations, and non-instructional days unless otherwise specified.

**CONTRA COSTA SELPA**
**Offer of FAPE**
**EDUCATIONAL SETTING**

**Name** _D_____ _W____                                    **IEP Date:** _5/24/2012_

**Physical Education** ☑General☐Specially Designed☐Other _____

**District of Service** _Antioch Unified School District_     **School of Attendance** _Bridges Community Day_
**School Type** _Community school_                            **Federal Setting** _Regular classroom/Public day school_
**Federal Preschool Setting** _____
All special education services provided at student's school of residence? ☑Yes☐No (rationale)

_5_____ % of time student is <u>outside</u> the regular class & extracurricular & non academic activities
_95_ % of time student is <u>in</u> the regular class & extracurricular & non academic activities

Student will not participate in the regular class & extracurricular & non academic activities _____
 because

Other Agency Services
    ☐California Children's Services(CCS)            ☐Regional Center
    ☐Probation                                     ☐Department of Rehabilitation
    ☐Dept. of Social Services(DSS)
    ☐Other _____
    ☐County Mental Health (CMH)

**Promotion Criteria:** ☑District☑Progress on Goals☐Other _____

**Parents will be informed of progress**
        ☑Quarterly☐Trimester☐Semester ☐Other _____
  **How?** ☐Progress Summary Report ☐Other _____
**ACTIVITIES TO SUPPORT TRANSITION**
(e.g. preschool to kindergarten, special education and/or NPS to general education class, 8th-9th grade, etc)

**GRADUATION PLAN**
(Grade 7 and Higher)

**Projected graduation date and/or secondary completion date** _06/09/2016_
_10 To participate in high school curriculum leading to a diploma_

## CONTRA COSTA SELPA
## SIGNATURE AND PARENT CONSENT

Name: D_____ W_____                                    IEP Date: <u>4/27/2012</u>

### IEP Meeting Participants

| Parent/Guardian | Date | Parent/Guardian | Date |
|---|---|---|---|
| LEA Representative/Admin.Designee | Date | General Education Teacher | Date |
| | | *T. Strickland*<br>Special Education Specialist | Date |
| *Olga E Perea*<br>Student | Date | | |
| *Psychologist*<br>Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |
| Additional Participant/Title | Date | Additional Participant/Title | Date |

### CONSENT

☐ I agree to all parts of the IEP.

    ☐ I agree with the IEP, with the exception of _____

☐ I decline the offer of initiation of special education services.

☐ I understand that my child is <u>not</u> eligible for special education.

☐ I understand that my child is <u>no longer</u> eligible for special education.

As a means of improving services and results for your child did the school facilitate parent involvement?
☑Yes☐No☐No Response

Signature below is to authorize and approve the IEP.

Signature: _____    Date _____
☐Parent☐Guardian☐Surrogate☐Adult student

Signature: _____    Date _____
☐Parent☐Guardian☐Surrogate☐Adult student

☐ If my child is eligible or may become eligible for public benefits (Medi-Cal); I authorize district to access Medi-Cal health insurance benefits for applicable services.

_____
Parent/Guardian Signature

☐ Parent has received a copy of the Procedural Safeguards  ☐ Parent has received a copy of assessment report (if applicable)

☐ Parent has received a copy of IEP

☐ Student enrolled in private school by their parents. Refer to Individual Service Plan, if appropriate.

**CONTRA COSTA SELPA**
**SPECIFIC LEARNING DISABILITY**
**TEAM DETERMINATION OF ELIGIBILITY**

Name: D___ W___     Birthdate: ___1997     ☐ Initial Evaluation
School: *Bridges Community Day*     IEP Date: *4/27/2012*     ☐ 3-Year Re-evaluation

I.  Presence of Severe Discrepancy. (Select either A or B and then complete items II through IV.)

☒ A. The IEP Team finds a severe discrepancy between measures of intellectual ability and one or more of the
following areas of achievement:

☐ Oral Expression     ☐ Written Expression     ☐ Listening Comprehension
☒ Mathematics Calculation     ☒ Basic Reading Skills     ☒ Mathematics Reasoning
☒ Reading Comprehension     ☐ Reading Fluency

☐ B. Standard measures do not reveal a severe discrepancy, but the IEP Team finds that a severe discrepancy
does exist based upon the additional documentation provided in the attached report. *(Complete and attach
Specific Learning Disability Discrepancy documentation form)*

II.  The discrepancy identified in item I. (above) is directly related to a processing disorder.     ☐ Yes ☐ No

Check appropriate area(s): ☐ Sensory Motor Skills ☐ Visual Processing ☒ Auditory Processing
☐ Attention ☐ Cognitive Abilities, (including association, conceptualization and expression)

III.  If any of the items below (A-G) are checked "Yes", the student **may not** be identified as having a specific learning
disability.

A. The discrepancy is due primarily to limited school experience or poor school attendance.     ☐ Yes ☒ No
B. The discrepancy is a result of environmental, cultural difference or economic disadvantage.     ☐ Yes ☒ No
C. The discrepancy is due primarily to intellectual disability or emotional disturbance.     ☐ Yes ☒ No
D. The discrepancy is due primarily to a visual, hearing, or motor disability.     ☐ Yes ☒ No
E. This discrepancy can be corrected through other regular or categorical services offered within the regular
instructional program.     ☐ Yes ☒ No
F. The discrepancy is due to limited English proficiency.     ☐ Yes ☒ No
G. The discrepancy is due to lack of appropriate instruction in reading and math.     ☐ Yes ☒ No

IV.  The Student has a specific learning disability.     ☒ Yes ☐ No

V.  Basis for determination of eligibility

☒ Psycho educational Evaluation utilizing multiple measures. See attached psycho educational report.
☐ Other (specify)

VI.  Relevant behavior related to academic functioning, noted during observation

☐ See attached Psycho educational report.

VII.  Educationally relevant medical findings, if any (describe)

---

I agree with the conclusions stated above:

_Olga E. Lima, Ph.D_
**School Psychologist/Date**                    **Special Ed. Admin./Designee/Date**

_T.Strickland_
**Special Education Teacher/Date**                    **General Education Teacher/Date**

**Speech Language Pathologist/Date**                    **Reading Teacher/Date**

**Parent/Guardian/Date**                    **Other/Date**

My assessment of this student differs from the above report as follows: Statement (attach additional pages as
necessary)

**Signature and Title/Date**

**CONTRA COSTA SELPA**
**IEP TEAM MEETING NOTES**

Name: D███████ W███████      Birthdate: ████ *1997*        Date _____

Notes

**CONTRA COSTA SELPA**
**NOTICE OF MEETING**
**INDIVIDUALIZED EDUCATION PROGRAM**

☐ Initial ☑ Annual ☑ Triennial ☑ Transition Planning ☐ Pre-Expulsion ☐ Interim ☐ Expanded ☐ Other _____

Student Name: _D███████ W███_ Birthdate: ███/1997
Address: ████████████████████ Phone: █████
Today's date: _04/18/2012_

Dear ████████████
An Individual Education Program (IEP) Meeting has been scheduled for your child. Your participation is important in the development of an appropriate education for your child. Your child could benefit from participation in the IEP Meeting and is invited to attend. Secondary students age 15 or older should attend the IEP Team meeting as appropriate. You may bring someone with you to the meeting. If this is your child's initial IEP meeting and your child was receiving services under Part C, through an IFSP you may request that the district invite the Part C Service Coordinator or other representative.
**You are requested to attend this meeting as a participating member of the IEP team. The meeting is scheduled for:**
Date: _04/27/2012_ Time: _1 pm_
School/Location: _Bridges Community Day School_ Room: _Mine_
We anticipate that the following members may also attend:

☑ Administrator/Designee ☐ _____
☑ Special Education Teacher ☐ _____
☐ General Education Teacher ☐ _____
☑ Student ☐ _____
☑ Psychologist ☐ _____
☐ Specialist _____ ☐ _____
 Type
NOTICE: If you wish to audio tape this meeting, you must provide 24 hour notice, we will also audio tape the meeting.

**If you would like further information about your Procedural Safeguards or the purpose of this meeting, please call:**
Name: _Strickland_ Title: _Teacher_
School/District: _Antioch Unified School District_ Phone: _925-776-5565_

**Please complete and sign this form, and return to:** _____
_Check the following items, as appropriate:_
☐ **YES**, I plan to attend the meeting ☐ I do not plan to attend the meeting, but I am available by teleconference
☐ I require assistance of an interpreter. _____
 Language
☐ I request a different time and/or place. Please call me at home _____ work _____
☐ I give my consent for the district to invite other agency personnel to attend the █ meeting if secondary transition is being addressed.

_____ _____
Signature Date
☐ **NO**, I cannot attend the meeting, but hereby give my permission for the meeting to be held without me (CFR 300.322d). I understand the IEP and related documents from this meeting will be provided to me for my signature, and I agree to return them in a timely manner.
☐ **NO**, I cannot attend, but I will send _____ as my representative to speak for me. I understand the IEP and related documents from this meeting will be provided to me for my signature, and I agree to return them in a timely manner.

_____ _____
Signature Date

# EXHIBIT V

CONTRA COSTA SELPA
INDIVIDUALIZED EDUCATION PROGRAM

Last Name  _W_____                    First Name  _D_____                    IEP Date: _11/30/2012_

Last Annual IEP _11/30/2012_  Next Annual IEP _11/30/2013_  Original Special Ed Entry Date _03/29/2006_
Last Eval _05/24/2012_   Next Eval _05/25/2015_

Purpose of Meeting ☐Initial ☑Annual ☑Triennial ☑Transition☐Pre-Expulsion☐Interim
                   ☐Other

Birthdate ____/1997  Age _15_  Gender ☑Male☐Female  Grade _Ninth grade_  Migrant ☐Yes☑No
Native Language _English_ EL ☑Yes☑No  ☐Redesignated  Interpreter ☐Yes☑No
Student ID _648006155____  SSN#: _____  SSID# _____

Residency   _10 Parent or Legal guardian_  _____
Parent/Guardian   ▮▮▮▮▮▮▮▮▮▮                              Home Phone ▮▮▮▮▮▮
  Home Address   ▮▮▮▮▮▮▮▮▮                               Work Phone _____
         City   ▮▮▮▮▮▮                                   Cell Phone _____
        State   _____                          Email Address _____
          Zip   ▮▮▮
Parent/Guardian   _____                        Home Phone _____
  Home Address   _____                         Work Phone _____
         City   _____                          Cell Phone _____
        State   __                                       Email Address _____
          Zip   _____

District of Residence _Antioch Unified School District_  Residence School _Bidwell Continuation High_
Ethnicity: _501 Non Hispanic_ Race 1. _600 African-American_ Race 2. _____  Race 3. _____

**INDICATE DISABILITY/IES**
Note: For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility.
Primary _Specific Learning Disability (SLD)_  Secondary _200 None_ * Low Incidence Disability
☐Not Eligible for Special Education ☐Exiting from Sp. ED. (returned to reg. ed/no longer eligible)

**Describe how student's disability affects involvement and progress in general curriculum(or for preschoolers, participation in appropriate activities)** _Students apparent difficulties with attention affect his progress in the general ed curriculum_

**For Initial Placements Only**
Has the student received IDEA Coordinated Early Intervening Services (CEIS) using 15% of IDEA funding in the past two years?
☐Yes☑No
Date of Initial Referral for Special Education Services _01/19/2006_
Person Initiating the Referral for Special Education service _10 Parent_
Date District Received Parent Consent: _03/29/2006_
Date of Initial Meeting to Determine Eligibility _03/29/2006_

CONTRA COSTA SELPA
INDIVIDUAL TRANSITION PLAN

**Name:** _D█████ W█████_          **Birthdate:** ███/1997          **IEP Date:** _11/30/2012_

Student Invited: ☑Yes ☐No          If Appropriate, and agreed upon, agencies invited: ☑Yes ☐No ☐Not Applicable
Describe how the student participated in the process: ☐Attended IEP Meeting ☑Interview ☑Inventory ☐Questionnaire

Age-appropriate transition assessments/instruments were used: ☑Yes ☐No     Describe the results of the assessments:
*Student was interviewed 1 to 1 and was given the individual student transition interest inventory form to find out his school likes and dislikes along with his career choices.*

### Student's Post Secondary Goal: Training or Education (Required)

| | |
|---|---|
| Upon completion of school I will *Enroll in college to study business and counseling*<br><br><br><br>Linked to Annual Goal # _1_<br>Person/Agency Responsible: _general ed, special ed, support staff_ | **Transition Service Code as Appropriate:**<br>*820 College awareness*<br>**Activities to Support Post Secondary Goal:**<br>*practice writing essays and filling out college entrance forms*<br>**Community Experiences as Appropriate:**<br>*make a list of local colleges for my major and make use the school library for reference materials for school pre-requisites*<br>**Related Services as Appropriate:**<br>*330 Specialized Academic Instruction* |

### Student's Post Secondary Goal: Employment (Required)

| | |
|---|---|
| Upon completion of school I will *Be employed as a sales person and part-time child care worker in a group home*<br><br><br><br>Linked to Annual Goal # _2_<br>Person/Agency Responsible: _general ed, special ed, support staff_ | **Transition Service Code as Appropriate:**<br>*840 Career awareness*<br>**Activities to Support Post Secondary Goal:**<br>*practice making monthly income budgets with projected salary*<br>**Community Experiences as Appropriate:**<br>*research and list local county and community services available for job training and employment skills help*<br>**Related Services as Appropriate:**<br>*330 Specialized Academic Instruction* |

### Student's Post Secondary Goal: Independent Living (As appropriate)

| | |
|---|---|
| Upon completion of school I will *not necessary, age appropriate*<br><br><br><br>Linked to Annual Goal # _____<br>Person/Agency Responsible: | **Transition Service Code as Appropriate:**<br><br>**Activities to Support Post Secondary Goal:**<br><br>**Community Experiences as Appropriate:**<br><br>**Related Services as Appropriate:** |

CONTRA COSTA SELPA
INDIVIDUAL TRANSITION PLAN

**District Graduation Requirements**

**Course of Study**
A multi-year description of student's coursework from current year to anticipated exit year, in order to enable the student to meet their post secondary goal. ☑Yes ☐No *When interviewing student a chart of needed classes for a diploma was reviewed and a plan was mapped out for courses to take to stay on track to graduate.*

| Units/Credits Completed: *none listed, just started 9th grade* | Units/Credits Pending: *220* |
|---|---|
| Diploma: ☑Yes ☐No | |
| Certificate of Completion: ☐Yes ☑No | Anticipated Completion Date: _06/14/2016_ |

**CAHSEE (High School Exit Exam)**

☐CAHSEE/ELA date: _____     Score: _____     ☐Passed ☐Did not pass
☐CAHSEE/Math date: _____     Score: _____     ☐Passed ☐Did not pass
☑CAHSEE Other: *not taken, 9th grade*

**Age of Majority**

☑On or before the student's 17th birthday, he/she has been advised of rights at age of majority(age 18)
By whom: *Chris Piganelli*                          Date: _11/26/2012_

When you reach the age of 18, the age of majority, you have the right to receive all information about your educational program and make all decisions related to your education. This includes the right to represent yourself at an IEP meeting and sign the IEP in place of your parent or guardian.

The student's IEP includes appropriate measurable postsecondary goal or goals that covers the education or training, employment, and as needed independent living? ☑Yes ☐No

Is (are) the postsecondary goal(s) updated annually? ☑Yes ☐No

Are there transition services in the IEP that will reasonably enable the student to meet his or her postsecondary goal(s)?
☑Yes ☐No

Is (are) there annual IEP goal(s) related to the student's transition services needs? ☑Yes ☐No

CONTRA COSTA SELPA
**PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE**

Name  _D▮▮▮▮▮▮ W▮▮▮_                                    IEP Date: _11/30/2012_

**Strengths/Preferences/Interests** *He is easy to work with, asks for help and has good basic math skills. He prefers small group instruction, peer tutoring and is interested in sports (football, basketball and running) and wants to study business for working in a sales position along with working with troubled youth someday.*

**Concerns of parent relevant to educational progress** *He is respectful to the school and program staff, and he tries his best daily to take advantage of the school program.*

| CA Standards Test | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Hist./Soc.Sciences | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| CMA | English Language Arts | Mathematics _____  Science _____  Other _____ |
| CAPA | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| CELDT | Listening _____ | Speaking _____  Reading _____  Writing _____ |

**Physical Education Testing (grades 5, 7 & 9):**
**Other Assessment Data (e.g., curriculum assessment, other district assessment, etc.)**

Hearing ( _05/31/2012_ ) ☑Pass ☐Fail ☐Other _____   Vision ( _05/31/2012_ ) ☑Pass ☐Fail ☐Other _____

**Preacademic/Academic/Functional Skills**
*He reads below age and grade expectations (4th-5th), but is involved in daily reading activities and gets extra reading tutoring with the reach program;he writes with poor grammar and spelling and uses simple sentences. His basic math skills are good but he needs review of complex fractions and needs to apply past skills to pre-alg. His functional skills are age appropriate, he is clean and he can care for himself.*

**Communication Development**
*Speaks clearly but with a monotone, writes below age and grade expectations using limited writing vocabulary.*

**Gross/Fine Motor Development**
*No concern, he is athletic*

**Social Emotional/Behavioral**
*No concern here so far, his behavior has been good with him attending school and not getting removed, gets along with peers and staff.*

**Vocational**
*He is interested in going to college to get a good job (sales position) and working with troubled youth part-time*

**Adaptive/Daily Living Skills**
*No concern, he can care for himself with daily needs for hygiene.*

**Health**

*No concern, vision and hearing from past reports were both passed and he appears to be healthy.*

**CONTRA COSTA SELPA**
**SPECIAL FACTORS**

Name *D_____ W_____*                                    IEP Date: *11/30/2012*

**Does the student require assistive technology devices and/or services?**
☑No ☐Yes  (specify)

**Does the student require low incidence services, equipment and/or materials to meet educational goals?**
☑No ☐Yes  (specify)

**Considerations if the student is blind or visually impaired:** *he is not blind*

**Considerations if the student is deaf or hard of hearing:** *he is not deaf*

**If the student is an English Learner, complete the following section:**
Does the student need primary language support? ☑No ☐Yes if yes, who will provide? _____
What will be the language of instruction for the student? _____
Who will provide ELD services to student? ☐General Education Staff ☐Special Education Teacher
What type of ELD services will be provided? ☐English Language Mainstream ☐Structured English Immersion
Comments:

**Does student's behavior impede learning of self or others?** ☑No ☐Yes  (describe)

If yes, specify positive behavior interventions, strategies, and supports

☐Behavior Goal is part of this IEP ☐Behavior Support Plan (BSP) attached ☐Behavior Intervention Plan (BIP) attached

**For student to receive educational benefit, goals will be written to address the following areas of need:**
*English/reading and written expression*
*Math*

CONTRA COSTA SELPA
Statewide Assessments

Student: _D_____ W_____    IEP Date: _11/30/2012_

**Participation in Statewide Assessment Program, STAR**
(California Standards Test, California Modified Assessment Test, California Alternate Performance Assessment)

**English Language Arts (ELA) (Grades 2-11; CMA only applies to grades 3-11)**
  *11 CST With testing accommodations*
  *extra time, small groups and directions revised*

**Math (Grades 2-11; CMA only applies to grades 3-7)**
  *21 CMA With testing accommodations*
  *extra time, small group and directions revised*

**Algebra (Grades 7-11, Algebra I)**
  *CMA with testing accommodations*
  *extra time, small group and directions revised*

**Geometry (Grades 8-11, geometry end of course)**
  _____

**Science (Grades 5, 8-11)**
  *11 CST With testing accommodations*
  *extra time, small group and directions revised*

**History/Social Science (Grades 8-11)**
  *11 CST With testing accommodations*
  *extra time, small group and directions revised*

**Writing (Grades 4 & 7 only)**
  *90 Not to participate (outside testing group or plan type ISP)*

☑ If student is taking CMA or CAPA, IEP team has reviewed the criteria for taking alternate assessments.

**CAPA ELA (Grades 2-11) Science (Grades 5,8,10) Math (Grades 2-11)** _____
  The student will not participate in the CST or CMA because
  Participating in the CAPA is appropriate because

☐ **Physical Fitness Test** (Grades 5, 7 & 9 only)
Accommodations          Modifications

**CAHSEE (Grades 10-12, or ages 15+ and grade code is 'Ungraded')**
  *90 Not to participate (outside testing group or plan type ISP)*

☐ **Other State-Wide/ District-Wide Assessment(s) Alternate Assessment(s)**
Alternate Assessment(s) appropriate because:

| For Preschoolers (Ages 3, 4 and 5 years) Desired Results Developmental Profile (DRDP Access) | | |
|---|---|---|
| Adaptations: | | |
| ☑ Not Applicable | ☐ Visual support | ☐ Sensory support |
| ☐ Augmentative or alternative communication system | ☐ Assistive equipment or device | ☐ Alternative response mode |
| ☐ Alternative mode for written language | ☐ Functional positioning | |

**FOR ENGLISH LEARNERS ONLY**

☐ CELDT                              ☐ Standards based Tests in Spanish STS

  ☐ Listening without accommodations        ☐ Math without testing accommodations
  ☐ Listening with accommodations:          ☐ Math with testing accommodations:
  ☐ Speaking without accommodations          ☐ Reading, Language, Spelling without accommodations
  ☐ Speaking with accommodations:            ☐ Reading, Language, Spelling with accommodations:
  ☐ Reading without accommodations
  ☐ Reading with accommodations:
  ☐ Writing without accommodations
  ☐ Writing with accommodations:

☐Other

## CONTRA COSTA SELPA
## ANNUAL GOALS AND OBJECTIVES

Name  *D█████ W████*                                       IEP Date: *11/30/2012*

| Area of Need: *improve reading*<br><br>Baseline: *He is reading 3 or more grade levels below his expected level and needs to improve and increase his vocabulary.* | Measurable Annual Goal# *3*<br>*(Annual Goal) By (11/30/13), when given a narrative or expository reading passage at D██████ independent reading level, D██████ will identify and paraphrase figurative language highlighting words with multiple meanings with _75__% accuracy in _4__ of _5__ trials as measured by work sample/ criterion assessment.*<br><br>☒ **Enables student to be involved/progress in general curriculum/state standard** *6.1.2*<br>☐ **Addresses other educational needs resulting from the disability**<br>☐ **Linguistically appropriate**<br>☐ **Transition**<br>**Goal:** ☐ **Education/Training** ☐ **Employment** ☐ **Independent Living**<br>**Person(s) Responsible** *general ed, special ed, support staff* |

**Progress Report 1:** ___ 3/22/13
**Summary of Progress**

making progress 25 %

**Comment** Increasing daily in class and reach tutorial

**Progress Report 2:** _____
**Summary of Progress**

**Comment**

**Progress Report 3:** _____
**Summary of Progress**

**Comment**

**Goal: Annual Review**    Date: _____
**Goal Met** ☐ Yes ☐ No
**Comments:**

CONTRA COSTA SELPA
ANNUAL GOALS AND OBJECTIVES

Name  D███████ W█████                                      IEP Date: 11/30/2012

| Area of Need: _improve written expression_ | Measurable Annual Goal# _1_ |
|---|---|
| **Baseline:** _He writes with spelling and grammar errors, and uses simple sentences. He can write for volume but needs to develop a formal paragraph model._ | (Annual Goal) By (11/30/13), when given a writing prompt, D██████ will write a 3-5 sentence paragraph using correct simple, compound, and complex sentences with _75__% accuracy in _2__ of __3_ trials as measured by student work samples/ writing rubric. |

☑ Enables student to be involved/progress in general curriculum/state standard  _8.1.1_
☐ Addresses other educational needs resulting from the disability
☐ Linguistically appropriate
☑ Transition
Goal: ☑ Education/Training ☐ Employment ☐ Independent Living
Person(s) Responsible _general ed, special ed, support staff_

**Progress Report 1:** _3/22/13_
**Summary of Progress**   making progress 25% this period

**Comment** Better at Sentence Corrections

**Progress Report 2:** _____
**Summary of Progress**

**Comment**

**Progress Report 3:** _____
**Summary of Progress**

**Comment**

**Goal: Annual Review**   Date: _____
Goal Met ☐Yes ☐No
Comments:

CONTRA COSTA SELPA
ANNUAL GOALS AND OBJECTIVES

Name _D_____ _W____                                              IEP Date: _11/30/2012_

| Area of Need: _improve math (pre-alg/basic alg 1 skills)_ | Measurable Annual Goal# _2_ |
|---|---|

**Baseline:** _He has good basic arithmetic skills, needs review with complex fractions and decimals/percents and can work with the beginning pre-alg concepts. He needs to continue to review and then start using all past skills to improve in both pre-alg and beginning alg 1._

_(Annual Goal) By (11/30/13), when given algebraic expressions, involving +, -, x, / problems including a variable, fractions, parenthesis, or exponents; D_____ will identify the order of operations to correctly evaluate the expression with __80_% accuracy in _3__ of _4__ trials as measured by student work sample/criterion assessment._

☑Enables student to be involved/progress in general curriculum/state standard _7.1.2_
☐Addresses other educational needs resulting from the disability
☐Linguistically appropriate
☑Transition
Goal:☐Education/Training☑Employment☐Independent Living
Person(s) Responsible _general ed, special ed, support staff_

**Progress Report 1:** __3/22/13__
**Summary of Progress**      making progress 25% this period

**Comment**  Beginning to master order of operation

**Progress Report 2:** _____
**Summary of Progress**

**Comment**

**Progress Report 3:** _____
**Summary of Progress**

**Comment**

**Goal:** _Annual Review_     Date: _____
**Goal Met** ☐Yes ☐No
**Comments:**

CONTRA COSTA SELPA
Offer of FAPE
SERVICES

**Name** _D_____ W_____          IEP Date: _11/30/2012_

**Service Options considered (in selecting LRE, consideration is given to any harmful effect on the child or quality of services that the child needs)** *General education and general education with instructional support program services.*

| Supplementary Aids, Services & Other Supports for school personnel, or for student, or on behalf of the student | | | | | |
|---|---|---|---|---|---|
| Aids, Services, Program Accommodations/Modifications, and/or Supports | | Start/End Date | Frequency | Duration | Location |
| *Extended time, directions clarified and calculator if needed and/or requested* | ☑ Student ☐ Personnel | *11/30/2012 11/30/2013* | *daily for math and english* | *45 min* | *general ed setting* |

Transportation Special Ed ☑ No ☐ Yes

## SPECIAL EDUCATION and RELATED SERVICES

**Service:** *Specialized Academic Instruction*

**Start Date:** _11/30/2012_   **End Date:** _11/30/2013_

**Provider:** *County Office of Education* ☐ Ind ☑ Grp ☐ Sec Transition

**Duration/Freq:** _45_ min _5_ x **Totaling:** _225_ min served _Weekly_

**Location:** *Juvenile court school*

**Comments:**

**Service:** *College awareness*

**Start Date:** _11/30/2012_   **End Date:** _11/30/2013_

**Provider:** *County Office of Education* ☐ Ind ☑ Grp ☐ Sec Transition

**Duration/Freq:** _15_ min _1_ x **Totaling:** _15_ min served _Monthly_

**Location:** *Juvenile court school*

**Comments:**

**Service:** *Career awareness*

**Start Date:** _11/30/2012_   **End Date:** _11/30/2013_

**Provider:** *County Office of Education* ☐ Ind ☑ Grp ☐ Sec Transition

**Duration/Freq:** _15_ min _1_ x **Totaling:** _15_ min served _Monthly_

**Location:** *Juvenile court school*

**Comments:**

**Service:** *Specialized Academic Instruction*

**Start Date:** _04/27/2012_   **End Date:** _10/31/2012_

**Provider:** *District of Service* ☐ Ind ☐ Grp ☐ Sec Transition

**Duration/Freq:** _____ min   **Totaling:** _240_ min served _Weekly_

**Location:** *Regular classroom/public day school*

**Comments:**

## EXTENDED SCHOOL YEAR (ESY)
☐ Yes ☑ No

Programs and services will be provided according to when student is in attendance and consistent with the <u>district of service</u> calendar and scheduled services, excluding holidays, vacations, and non-instructional days unless otherwise specified.

CONTRA COSTA SELPA
Offer of FAPE
EDUCATIONAL SETTING

Name  *D_____ W_____*                                              IEP Date: *11/30/2012*

**Physical Education**  ☑General ☐Specially Designed ☐Other _____

**District of Service** *Contra Costa County Office of Education*   **School of Attendance** *COE- Mt. McKinley School*
**School Type** *Juvenile court school*                            **Federal Setting** *Correctional facility*
**Federal Preschool Setting** _____
All special education services provided at student's school of residence? ☐Yes ☑No  (rationale) *Student is not able to attend school of residence at this time*

*0*_____ % of time student is <u>outside</u> the regular class & extracurricular & non academic activities
*100* % of time student is <u>in</u> the regular class & extracurricular & non academic activities

Student will not participate in the regular class & extracurricular & non academic activities _____
 because

Other Agency Services
    ☐California Children's Services(CCS)          ☐Regional Center
    ☐Probation                                   ☐Department of Rehabilitation
    ☐Dept. of Social Services(DSS)
    ☐Other
    ☑County Mental Health (CMH)

**Promotion Criteria:** ☑District ☐Progress on Goals ☐Other _____

**Parents will be informed of progress**
        ☑Quarterly ☐Trimester ☐Semester ☐Other _____
  **How?**  ☑Progress Summary Report ☐Other _____
**ACTIVITIES TO SUPPORT TRANSITION**
(e.g. preschool to kindergarten, special education and/or NPS to general education class, 8th-9th grade, etc)

*Student will receive academic support with the isp model along with college and career awareness.*
**GRADUATION PLAN**
(Grade 7 and Higher)

**Projected graduation date and/or secondary completion date** *06/09/2016*
*10 To participate in high school curriculum leading to a diploma*

**CONTRA COSTA SELPA**
**IEP TEAM MEETING NOTES**

**Name** D███████ W████     **Birthdate** ███/1997     **Date** 11/30/2012

**Notes** *The parent was notified by phone and by mail. The mom requested a phone IEP due to her having trouble traveling. The IEP was an annual, 3 yr and transition planning meeting. The formal testing was still current from his last placement and was reviewed with the parent by the district psychologist. In attendance was the administrative designee, the special ed teacher and the psychologist. The IEP was held and agreed upon and the home information was confirmed. It will be mailed home for a signature.*