# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | Case No. C 13-3667<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER GRANTING MOTION TO FILE UNDER SEAL PRIVATE INFORMATION OF MINOR PLAINTIFFS AND REFERENCE LIST OF REDACTED INFORMATION PURSUANT TO FED. R. CIV. P. 5.2(G)** |

1    Plaintiffs G.F., W.B., and Q.G. have moved this Court for permission to file under seal
2 (1) a Federal Rule of Civil Procedure 5.2(g) redaction list and (2) Exhibit AA attached to the
3 Declaration of Mary-Lee Kimber Smith in Support of Plaintiffs' Motion for Class Certification,
4 and they offer the Declaration of Laura Faer in support of their request.
5    Plaintiffs' Administrative Motion to File Under Seal is GRANTED. Plaintiffs have
6 established that the information they seek to redact and/or seal is private, protected, or privileged
7 information entitled to protection under the law, and the request to seal is narrowly tailored to
8 seek sealing of only confidential material. *See* Fed. R. Civ. P. 5.2; N.D. Cal. Civ. L. R. 79-5.
9    IT IS SO ORDERED.

Date: August 20, 2013          *Saundra B. Armstrong*

The Honorable Saundra B. Armstrong

---

*G.F., et al. v. Contra Costa County, et al.*, **Case No. C 13-3667-SBA**
[~~Proposed~~] **Order Granting Motion To File Under Seal Private Information of Minor Plaintiffs and Reference List Of Redacted Information Pursuant To F.R.C.P. 5.2(g)**          **1**