**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | **Case No.**<br><br>**CLASS ACTION**<br><br>**ORDER TO EXTEND DEADLINES OF PARTIES TO RESPOND TO COMPLAINT AND COMPLETE BRIEFING ON PLAINTIFF'S MOTION TO CERTIFY CLASS** |

1  Pursuant to the Stipulation to Extend Deadlines of Parties to Respond to Complaint and
2  Complete Briefing on Plaintiffs' Motion to Certify Class, IT IS HEREBY ORDERED that the
3  following deadlines be set in this matter:
4  09/13/2013: Last day for Defendants to file Response to Plaintiffs' Complaint (Motions
5  to Dismiss).
6  9/27/2013: Last day for Defendants to file Oppositions to Plaintiffs Motion for Class
7  Certification.
8  10/15/2013: Last day for Plaintiffs to file Reply on Plaintiffs' Motion for Class
9  Certification.
10  10/29/13: Court's hearing on Plaintiffs' Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: 8/26/2013

The Honorable Saundra B. Armstrong
Judge of the United States District Court for
the Northern District of California