SHAWNA PARKS (CA BAR NO. 208301) (sparks@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 529-3419
Facsimile: (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | Case No. C13-3667 SBA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED USING FICTITIOUS NAMES AND TO FILE UNDER SEAL |

RECEIVED AUG -8 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT OAKLAND, DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | <div align="center">[PROPOSED] ORDER</div> |
| 2 | WHEREFORE, this Court having considered Plaintiffs' Motion for Administrative Relief |
| 3 | to Proceed Using Fictitious Names and to File Under Seal, and the supporting Declaration, and |
| 4 | good cause appearing, |
| 5 | IT IS THEREFORE ORDERED that Plaintiffs' guardians ad litem will proceed in this |
| 6 | action using pseudonyms. The guardian ad litem for Plaintiff G.F. will be referred to as "Gail |
| 7 | F.", the guardian ad litem for Plaintiff W.B. will be referred to as "Cici C." and the guardian ad |
| 8 | litem for Plaintiff Q.G. will be referred to as "Barbara C." All captions and papers in this matter |
| 9 | shall reflect these designations. |
| 10 | IT IS FURTHER ORDERED that Plaintiffs' Applications for Appointment of Guardians |
| 11 | Ad Litem shall be filed under seal, and Plaintiffs shall publicly file copies of the Applications |
| 12 | with the names of guardians ad litem redacted and using the pseudonyms above. |
| 13 | IT IS FURTHER ORDERED that the Declaration of Mary-Lee K. Smith in Support of |
| 14 | Plaintiffs' Motion for Administrative Relief to Proceed Using Fictitious Names and to File |
| 15 | Under Seal shall be filed under seal, and Plaintiffs shall publicly file a copy of the Declaration |
| 16 | with the names of guardians ad litem redacted. |
| 17 | |
| 18 | |
| 19 | IT IS SO ORDERED. |
| 20 | |
| 21 | Dated: August 26, 2013 *[signature: Saundra B. Armstrong]* |
| 22 | UNITED STATES DISTRICT JUDGE |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |