SHAWNA PARKS (CA BAR NO. 208301) (sparks@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 529-3419
Facsimile: (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
*Attorneys for Plaintiffs*

**RECEIVED AUG - 8 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | Case No. C13-3667 SBA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF Q.G.'S EX PARTE APPLICATION FOR APPOINTMENT OF BARBARA C. AS GUARDIAN AD LITEM |

[~~PROPOSED~~] ORDER

Having considered the ex parte application for appointment of Barbara C. as guardian ad litem for Q.G., the declarations of Barbara C. and Q.G. requesting and consenting to the appointment of a guardian ad litem, and the memorandum of points and authorities in support of the application in the above action, and good cause appearing therefore, it is hereby ordered that Barbara C. be appointed guardian ad litem for Q.G. in the above action.

IT IS SO ORDERED.

Dated: 8/26/2013

_____
United States District Judge

---

G.F., et. al, v. Contra Costa County et. al., Case No.
[~~Proposed~~] Order Granting Plaintiff Q.G.'s Ex Parte Application for Appointment of Barbara C. as Guardian Ad Litem

1