SHAWNA PARKS (CA BAR NO. 208301) (sparks@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 529-3419
Facsimile: (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | Case No. C13-3667 SBA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF G.F.'S EX PARTE APPLICATION FOR APPOINTMENT OF GAIL F. AS GUARDIAN AD LITEM |

RECEIVED AUG -8 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

LEGAL_US_W # 75866315.4

1 [~~PROPOSED~~] ORDER

2 Having considered the ex parte application for appointment of Gail F. as guardian ad
3 litem for G.F., the declarations of Gail F. and G.F. requesting and consenting to the appointment
4 of a guardian ad litem, and the memorandum of points and authorities in support of the
5 application in the above action, and good cause appearing therefore, it is hereby ordered that Gail
6 F. be appointed guardian ad litem for G.F. in the above action.

IT IS SO ORDERED.

Dated: 8/26/2013

*[signature]*
United States District Judge

---

*G.F., et al. v. Contra Costa County, et al.*, Case No.
[~~Proposed~~] Order Granting Plaintiff G.F's Ex Parte Application for Appointment of Gail F. as Guardian Ad Litem

1