1

2

3

4

5

6

7

8

9

10

11

12

13

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>           Defendants. | **Case No.  13-3667**<br><br>**CLASS ACTION**<br><br>**ORDER TO EXTEND DEADLINES FOR BRIEFING OF AND TO CONTINUE HEARINGS DATES FOR DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Parties' Stipulation to Extend Deadlines for Briefing of and to Continue

2 Hearing Dates for Defendants' Motions to Dismiss and Plaintiffs' Motion for Class Certification,

3 IT IS HEREBY ORDERED that the following deadlines be set in this matter:

4    12/17/2013:  Last day for Plaintiffs to file Oppositions to Defendants' Motions to

5 Dismiss.

6    12/17/2103:  Last day for Defendants Contra Costa County Office of Education, Ovick

7 and Mackey to file Opposition to Plaintiffs' Motion for Class Certification.

8    12/18/2013: Last day for Defendants Contra Costa County, Contra Costa Probation

9 Department, Kader and Pelle to file Opposition to Plaintiffs' Motion for Class Certification.

10    1/8/2014:  Last day for Parties to meet and confer pursuant to Rule 26(f) and ADR L.R.

11 3-5.

12    1/15/2014:  Last day for Parties to file a Rule 26(f) report and complete initial

13 disclosures.

14    1/21/2014:  Last day for Plaintiffs to file Replies in support of Plaintiffs' Motion for

15 Class Certification.

16    1/21/2014: Last day for Defendants to file Replies in support of Defendants' Motions to

17 Dismiss.

18    1/22/2014:  Initial Case Management Conference held.

19    2/4/2014:  Hearing on Plaintiffs' Motion for Class Certification and Defendants' Motions

20 to Dismiss.

21    **IT IS SO ORDERED, except** that the initial case management conference will be held
on **Wednesday, March 26, 2014, at 2:30 p.m.**  The parties shall **meet and confer** prior to the
22 conference and shall prepare a joint Case Management Conference Statement which shall be
filed no later than seven  (7) days prior to the Case Management Conference  that complies with
23 the Standing Order For All Judges Of The Northern District Of California and the Standing
Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for
24 arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the
above indicated date and time.

25

26

27 Dated: ___9/25/2013_____

The Honorable Saundra B. Armstrong
28                                                                  Judge of the United States District Court for
the Northern District of California