SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail
cameron.baker@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>Defendants. | No. C13-3667 SBA<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF THE CONTRA COSTA COUNTY DEPARTMENT OF PROBATION, PHILIP KADER AND BRUCE PELLE<br><br>Crtrm: 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong  Presiding<br>Date Action Filed:   August 8, 2013 |

The following Stipulation is entered between Plaintiffs G.F., W.B. and Q.G. ("Plaintiffs") and Defendant Contra Costa County, by and through their counsel:

Stipulation re Dismissal of Certain Defendants - Case No.C13-3667                                                                 1

1  A. The Contra Costa County Department of Probation is a named defendant in this
2  action. The Contra Costa County Department of Probation is a department of defendant
3  Contra Costa County and NOT a separate legal entity capable of being sued. Plaintiffs have
4  named also Philip Kader and Bruce Pelle in their official capacities as defendants. Plaintiffs
5  agree to dismiss the Contra Costa County Department of Probation, Mr. Kader and Mr. Pelle
6  as defendants **without prejudice**.

7  B. In exchange for the dismissals referenced in paragraph A above, Defendant
8  Contra Costa County waives any costs and fees incurred to date relating to these three
9  dismissed defendants.

DATE: September 25, 2013

DISABILITY RIGHTS ADVOCATES
PUBLIC COUNSEL
PAUL HASTINGS LLP


By: _____/S/_____
MARY-LEE K. SMITH
Attorneys for Plaintiffs

DATE: September 25, 2013

SHARON L. ANDERSON
COUNTY COUNSEL


By: _____/S/_____
D. CAMERON BAKER
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

**ORDER**

Pursuant to the stipulation of Plaintiffs G.F., W.B. and Q.G. ("Plaintiffs") and Defendant Contra Costa County set forth above, the Court ORDERS as follows:

1. The Contra Costa County Department of Probation, Philip Kader and Bruce Pelle are dismissed as defendants **without prejudice**.

**IT IS SO ORDERED.**

Date: September 26, 2013

_____
SAUNDRA B. ARMSTRONG
United States District Court Judge