Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.,<br><br>Defendants. | CASE NO. C-13-03667 SBA<br><br>**ORDER TO PERMIT WITHDRAWAL AND RE-FILING OF MOTION TO DISMISS BY DEFENDANTS CONTRA COSTA COUNTY OFFICE OF EDUCATION, JOSEPH OVICK AND LYNN MACKEY; ORDER**<br><br>Trial Date: None Set |

/ / /

/ / /

/ / /

1  C-13-03667 SBA
[PROPOSED] ORDER TO PERMIT WITHDRAWAL AND RE-FILING OF MOTION TO DISMISS THE COMPLAINT

Pursuant to the parties' s stipulation to permit withdrawal and re-filing of the motion to dismiss by defendants Contra Costa County Office of Education, Joseph Ovick and Lynn Mackey (collectively "Office of Education"), IT IS HEREBY ORDERED that

1. The Clerk of the Court shall withdraw the Motion to Dismiss on file at Docket No. 47 in this matter;

2. The County Office of Education shall file a revised motion to dismiss on or before October 18, 2013;

3. The County Office of Education shall link its revised motion to dismiss in the ECF system to the supporting documents on file at Docket Nos. 48 through 52;

4. The briefing and hearing dates on the motion to dismiss shall remain unchanged.

IT IS SO ORDERED.

Dated: 10/11/2013

_____
The Honorable Sandra B. Armstrong
Judge of the United States District Court for the
Northern District of California

00290-00103/506119.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211