1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  D. CAMERON BAKER (SBN 154432)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
4  Martinez, California 94553
   Telephone:   (925) 335-1800
5  Facsimile:   (925) 335-1866
   Electronic Mail
6  cameron.baker@cc.cccounty.us

7  Attorneys for Defendants CONTRA COSTA COUNTY,
   CONTRA COSTA COUNTY DEPARTMENT OF PROBATION,
8  PHILIP KADER AND BRUCE PELLE

9

10                   UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13

14  G.F., by and through her guardian ad         No.  C13-3667 SBA
    litem, Gail F.; W.B., by and through his
15  guardian ad litem, CiCi C; Q.G., by and      CLASS ACTION
    through his guardian ad litem, Barbara
16  C.; and on behalf of themselves and a        [PROPOSED] ORDER RE
    class of those similarly situated,           ADMINISTRATIVE MOTION TO FILE
17                                               UNDER SEAL
                      Plaintiff,
18
    v.
19
    CONTRA COSTA COUNTY; CONTRA                  Crtrm: 1, 4th Floor
20  COSTA COUNTY DEPARTMENT OF                   Judge:  Hon. Saundra B. Armstrong  Presiding
    PROBATION; PHILIP KADER, in his             Date Action Filed:   August 8, 2013
21  official capacity, Chief County Probation
    Officer; BRUCE PELLE, in his official
22  capacity, Superintendent of Juvenile
    Hall; CONTRA COSTA COUNTY
23  OFFICE OF EDUCATION; JOSEPH A.
    OVICK, in his official capacity as
24  Superintendent, Contra Costa County
    Office of Education; LYNN MACKEY,
25  in her official capacity, Director of
    Contra Costa County Court Schools.
26
                      Defendants.
27

28

1    Defendants Contra Costa County ("County"), Contra Costa County Department of

2  Probation, Philip Kader and Bruce Pelle, having made an administrative motion to file under

3  seal Exhibits A and C through E to the Request for Judicial Notice in support of their motion

4  to dismiss pursuant to Federal Rule of Civil Procedure 12(b), 12(b)(1) and 12(b)(6), the motion

5  having come on before the Court on the regular calendar, and having considered the papers

6  filed by the parties with respect to this motion, the Court hereby ORDERS as follows:       1.

7  Exhibits A and C through E contain information that would identify the Plaintiffs who are

8  juveniles and contain confidential information respecting their medical conditions and

9  treatment.  The Court finds there is good cause to file these Exhibits under seal.  Defendants

10  shall do so within seven (7) days of this Order.

11    **IT IS SO ORDERED.**

12

13

14  DATE: _____ October 11, 2013      _____

15                                                 HONORABLE SAUNDRA B. ARMSTRONG
                                                        United States Judge

16

17

18

19

20

21

22

23

24

25

26

27

28