UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>      Defendants. | Case No. 13-03667 SBA<br><br>**ORDER**<br><br>Docket 64 |

    The parties are presently before the Court on Contra Costa County's (the "County") administrative motion to hold Plaintiffs' motion for class certification in abeyance until the March 26, 2014 Case Management Conference.[1]  Dkt. 64.  Plaintiffs oppose the motion.  Dkt. 67.  Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby DENIES the County's administrative motion.  The County has failed to demonstrate that Plaintiffs' motion for class certification should be held in abeyance until the March 26, 2014 Case Management Conference.

    IT IS HEREBY ORDERED THAT the Telephonic Case Management Conference scheduled for **March 26, 2014 at 2:30 p.m.** is ADVANCED to **January 9, 2014 at 3:30 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiffs are responsible for

---

[1] Defendants Contra Costa County Office of Education, Joseph A. Ovick, and Lynn Mackey filed a joinder to the County's motion.  Dkt. 69.

1 filing the joint statement no less than seven (7) days prior to the conference date.  The joint
2 statement shall comply with the Standing Order for All Judges of the Northern District of
3 California and the Standing Orders of this Court.  Plaintiffs are responsible for setting up
4 the conference call, and on the specified date and time, shall call (510) 637-3559 with all
5 parties on the line.  This Order terminates Docket 64.
6     IT IS SO ORDERED.
7 Dated: 12/9/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge