1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>            Defendants. | **Case No.  C 13-3667-SBA**<br><br>**ORDER RE: ASSIGNMENT TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT PURPOSES** |

1 | Pursuant to the Stipulation re: Assignment to Magistrate Judge Spero for Settlement
2 | Purposes, IT IS HEREBY ORDERED that:
3 |     1.    The parties are assigned to Magistrate Judge Spero for settlement purposes; and
4 |     2.    Defendants' Motion for Request for Settlement Conference before Judge Spero
5 | (Dkt. No. 72) is taken off calendar.
6 | **IT IS SO ORDERED.**

Dated: 12/13/2013

The Honorable Saundra B. Armstrong
Judge of the United States District Court for
the Northern District of California

---

*G.F., et al. v. Contra Costa County, et al.*, **Case No. C 13-3667-SBA**
**[PROPOSED] ORDER RE: ASSIGNMENT TO MAGISTRATE JUDGE SPERO**     1