**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY DEPARTMENT OF PROBATION; PHILIP KADER, in his official capacity, Chief County Probation Officer; BRUCE PELLE, in his official capacity, Superintendent of Juvenile Hall; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.,<br><br>Defendants. | CASE NO. C-13-03667 SBA<br><br>**ORDER TO RE-SET BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTIONS TO DISMISS**<br><br>Trial Date:     None Set |

/ / /

/ / /

/ / /

1                                                                                                              C-13-03667 SBA
[PROPOSED] ORDER TO RE-SET BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND DEFENDANTS' MOTIONS TO DISMISS

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

Pursuant to the Stipulation to Re-set the Briefing and Hearing Schedule on Plaintiffs' Motion for Class Certification and Defendants' Motions to dismiss, **IT IS HEREBY ORDERED** that the following deadlines be set in this matter, in lieu of those required by statute, previous Court order or previous stipulation of the parties:

1. Plaintiffs shall file a first amended complaint by December 20, 2013.

2. Defendants shall file their motions to dismiss the first amended complaint or other responsive pleadings on or before January 24, 2014.

3. Plaintiffs shall file their oppositions to the motions to dismiss, if any, and Defendants shall file their oppositions to the class certification motion on or before February 7, 2014.

4. Defendants shall file their reply briefs on their motions to dismiss, if any, and Plaintiffs shall file their reply briefs on their class certification motion on or before February 28, 2014.

5. The hearing on Plaintiffs' motion for class certification and Defendants' motions to dismiss, if any, shall be continued to March 18, 2014 at 1:00 p.m..

**IT IS SO ORDERED.**

Dated: 12/18/2013

_Sandra B. Armstrong_
The Honorable Sandra B. Armstrong
Judge of the United States District Court for the Northern District of California

00290-00103/531613.1

---

2                                                              C-13-03667 SBA
[PROPOSED] ORDER TO RE-SET BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTIONS TO DISMISS