MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977 ) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA  94704-1204
Telephone:     (510) 665-8644
Facsimile:      (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA  94704-1204
Telephone:     (510) 529-3419
Facsimile:      (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611 ) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:     (415) 856-7000
Facsimile:      (415) 856-7100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY OFFICE OF EDUCATION; JOSEPH A. OVICK, in his official capacity as Superintendent, Contra Costa County Office of Education; LYNN MACKEY, in her official capacity, Director of Contra Costa County Court Schools.<br><br>　　　　　Defendants. | **Case No.  C 13-3667-SBA**<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS OVICK AND MACKEY** |

1  Based upon the stipulation of Plaintiffs G.F., W.B. and Q.G. ("Plaintiffs") and
2  Defendants Contra Costa County Office of Education, Joseph A. Ovick, and Lynn Mackey and
3  good cause appearing, the Court hereby orders that:
4      1.  The above-captioned action be dismissed without prejudice as to Joseph A. Ovick
5  and Lynn Mackey; and,
6      2.  Plaintiffs may amend their Complaint to include the Contra Costa County Office
7  of Education as a defendant to Plaintiffs' Americans with Disabilities Act cause of action.

Date: 12/18/2013

_____
The Honorable Saundra B. Armstrong
United States District Court Judge

---

*G.F., et al. v. Contra Costa County, et al.*, **Case No. C 13-3667-SBA**
[PROPOSED] **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS OVICK AND MACKEY**                                                                     1