DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY OFFICE OF EDUCATION.<br><br>Defendants. | **Case No.  C 13-3667-SBA**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1   Pursuant to the Parties' Stipulation to File First Amended Complaint, IT IS HEREBY
2  ORDERED:
3   1. Plaintiffs are granted leave to file a First Amended Complaint.
4   2. The First Amended Complaint, attached hereto as **Exhibit A**, shall be filed no
5  later than seven (7) days from the date this order is filed.
6  **IT IS SO ORDERED.**

7
8  Dated: 12/23/2013

The Honorable Saundra B. Armstrong
Judge of the United States District Court for
the Northern District of California