UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>Defendants. | Case No: C 13-03667 SBA<br><br>**ORDER**<br><br>Docket 8, 43, 62 |

On August 8, 2013, Plaintiffs commenced the instant putative class action and filed a motion for class certification. Dkt. 1, 8. On September 12, 2013, Defendants Contra Costa County, Contra Costa County Department of Probation, Philip Kader, and Bruce Pelle filed a motion to dismiss the complaint. Dkt. 43. On October 17, 2013, Defendants Contra Costa County Office of Education, Joseph A. Ovick, and Lynn Mackey filed a revised motion to dismiss the complaint. Dkt. 62. On December 24, 2013, Plaintiffs filed a first amended complaint.[1] Dkt. 87. Accordingly,

IT IS HEREBY ORDERED THAT:

1.  Defendants Contra Costa County, Contra Costa County Department of Probation, Philip Kader, and Bruce Pelle's motion to dismiss the complaint is DENIED as MOOT.

---

[1] The named Defendants are Contra Costa County and Contra Costa County Office of Education. Dkt. 87.

1  2. Defendants Contra Costa County Office of Education, Joseph A. Ovick, and Lynn Mackey's revised motion to dismiss the complaint is DENIED as MOOT.

3. Plaintiffs' motion for class certification is DENIED without prejudice. Plaintiffs may refile their motion for class certification by no later than ten (10) days from the date this Order is filed. Plaintiffs shall notice the motion for hearing on March 18, 2014. Defendants shall file their oppositions by no later than February 7, 2014. Plaintiffs shall file their reply briefs by no later than February 28, 2014.

4. This Order terminates Docket 8, 43, and 62.

IT IS SO ORDERED.

Dated: 12/30/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge