SIDNEY WOLINSKY (CA BAR NO. 33716) (swolinsky@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977 ) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 529-3419
Facsimile: (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611 ) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; and CONTRA COSTA COUNTY OFFICE OF EDUCATION.<br><br>Defendants. | Case No. C-13-03667 SBA<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SIDNEY WOLINSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: March 18, 2014<br>Time: 2:00 PM<br>Place: Courtroom 1, 4th Floor<br>Judge: Saundra B. Armstrong |

I, SIDNEY WOLINSKY, declare:

1. I am an attorney duly licensed to practice law in the State of California and am counsel of record for Plaintiffs in the above-captioned case. This declaration is based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. I am the Director of Litigation and founder of Disability Rights Advocates. Disability Rights Advocates is a 501(c)(3) non-profit public interest organization exclusively dedicated to advancing the civil rights of people with disabilities. Disability Rights Advocates engages in class action and impact litigation on behalf of clients who face discrimination or other violations of civil rights or federal statutory protections. Disability Rights Advocates is generally acknowledged to be one of the leading public interest disability rights legal organizations in the country. Attorneys in the firm regularly lecture to local, state, and national legal and professional organizations on the law applicable to persons with disabilities.

4. Immediately prior to establishing Disability Rights Advocates, I was the litigation director of Disability Rights Education and Defense Fund, Inc., a non-profit public interest organization that specializes in high-impact litigation on behalf of people with disabilities.

5. I graduated from Yale Law School in 1961 and have been practicing law and trying cases for over 50 years. I have substantial trial experience in the federal courts and all courts of California, and have tried and argued on appeal numerous cases, including cases before the California Supreme Court, the California Courts of Appeal, the Hawaii Supreme Court and the Ninth Circuit Court of Appeals. I have been the lead and trial attorney in over 100 class action and high-impact cases. I have written briefs to the United States Supreme Court, the California and Hawaii Supreme Courts, and many other appellate courts. Cases in which I have been the chief trial attorney have included trials resulting in the largest jury verdict in the United States to a single individual ($560,000) in a disability architectural barriers case, and one of the three largest verdicts in the United States ($1,100,000) awarded in a disability employment

1. discrimination trial. During my years of practice, I have had extensive experience in class actions and other complex litigation.

6. From 1961 to 1968, I was a trial lawyer and eventual partner with a Beverly Hills business law firm, where I was responsible for over 100 trial and arbitration matters, as well as several public interest pro bono cases. Since leaving my partnership, and for over thirty years, I have specialized in major complex public interest litigation and have been a specialist in civil rights litigation. During the last thirteen years, I have specialized exclusively in the preparation and trial of cases relating to the rights of persons with disabilities.

7. For the period 1968–1972, I was the first Director of Litigation of San Francisco Neighborhood Legal Assistance Foundation. In that capacity, I not only personally litigated major class action litigation, but was also directly responsible for the supervision of hundreds of civil suits dealing with employment discrimination, constitutional issues, and similar problems. I also was responsible for supervising the legal work of over 50 full-time attorneys, including a separate law reform and class action unit.

8. In 1972, I became a founder of Public Advocates, a non-profit, privately funded public interest law firm in San Francisco, and one of the first such firms in the country. At the firm, I was primarily responsible for dozens of major class action and impact suits. While I was a senior attorney at Public Advocates, I was the chief trial attorney in a six-month trial and argued the case in *Serrano v. Priest* (California school financing system held violative of equal protection). Other cases in which I was chief trial attorney and argued the case on appeal include *Coop v. Wallace* (all minimum milk prices in California struck down) and *Committee on Children's Television v. General Foods* (expanding rights of consumers).

9. In addition to pursuing civil rights matters, I also teach and lecture both to practicing attorneys and law students. I was the founder and Project Director of the Disability Rights Clinical Legal Education Program, a special litigation and clinical teaching project jointly sponsored by the United States Department of Education, the law school at U.C. Berkeley (Boalt Hall) and U.C. Davis, as well as Santa Clara University Law School and Golden Gate Law School.

10. I have been an adjunct faculty member and lecturer-at-law at U.C. Berkeley, U.C. Davis, Santa Clara University Law School, and Golden Gate Law School, and for many years taught substantive courses on the rights of disabled persons as well as trial practice courses.

11. I was an invited speaker for the ABA National Convention in 1997. I have in recent years been a lead panelist for the Litigation Section of the American Bar Association at their annual session and at the annual convention of the California Trial Lawyers Association.

12. In 2013, I was named an Attorney of the Year by *California Lawyer* magazine. In 2012, I was named one of the "Top 100 California Lawyers," and in 2011 I was given the Loren Miller Award, which is the State Bar of California Lifetime Achievement Award for Legal Services.

13. Some of the cases involving violations of disability nondiscrimination laws for which Disability Rights Advocates lawyers have been counsel, and which have been certified as class actions include: *Arnold v. United Artists Theater Circuit, Inc.*, 158 F.R.D. 439 (N.D. Cal 1994); *Bates v. United Parcel Service,* Case No. 3:99-cv--02216 (N.D. Cal. Nov. 2, 2001) (granting class certification on behalf of hearing impaired employees of UPS); *Berlowitz v. Nob Hill Masonic*, Case No. 3:96-cv-01241 (N.D. Cal. 1997); *CDR v. Macy's California, Inc.*, Case No. 2:96-cv-01605 (E.D. Cal. 1998); *CALIF, et. al, v. City of Los Angeles, et al.* Case No.: 2:09-cv-00287 CBM (RZx) (C.D. Cal. 2010); *Campos v. San Francisco State University*, Case No. 3:97-cv-02326 (MMC) (N.D. Cal. Dec. 31, 1998); *Chabner v. Stanford Court*, Case No. 4:95-cv-00115 (N.D. Cal. 1996); *Clarke v. Inter-Continental Hotels Corp.*, Case No. CGC 92 943157 (S.F. Super. Ct. 1994); *Cone v. Hilton Hotels Corp.*, Case No. 888876 (Cal. Super. Ct. 1989); *Cordellos v. MUNI*, Case No. 952520 (S.F. Super. Ct. 1994); *Clarke v. Inter-Continental Hotels Corp.*, Case No. 943157 (S.F. Super. Ct. 1994); *Craib v. Harsh Investment Corp.*, Case No. 923007 (Cal. Super. Ct. 1991); *Cupolo v. BART*, Case No. 4:96-cv-02991 CW (N.D. Cal. 1997); *Giacopini v. Hertz*, Case No. 3:96-cv-03883 (N.D. Cal. 1998); *Guckenberger v. Boston University*, Case No. 1:96-cv-11426-PBS (D. Mass. 1997); *Head v. Specialty Restaurant Corp.*, Case No. 645977-0 (Alameda Super. Ct. 1989); *Henry v. Squaw Valley Ski Corp.*, Case No. 2:93-cv-01622 (E.D. Cal. 1994); *Hodges v. BP*, Case No. 3:95-cv-02215-JLQ (ND. Cal. 1996);

*Jorgeneon v. Jack in the Box Restaurant*, Case No. 3:95-00406 (N.D. Cal. 1997); *Lieber v. Macy's California*, Case No. 3:96-cv-02955 (N.D. Cal. 1998); *Mendoza v. Mel's Drive In*, Case No. CGC 94 960131 (S.F. Super. Ct. 1995); *Putnam v. Oakland Unified School District*, Case No. 4:93-03772 (N.D. Cal. 1994); *Ripley v. California State Lottery*, Case No. 3:96-cv-04666 MMC (N.D. Cal 1997); *Stothers v. Ace Parking Management*, Case No.3: 95-cv-01552 (S.D. Cal. 1996); *Thomas v. Bay Area Seating Service*, Case No. 733496-8, (Cal. Super. Ct. 1994); *Walsh v. Tamalpais Union High School District*, Case No. 3:96-cv-03037 (N.D. Cal. 1997); *Williams v. San Francisco Housing Authority*, Case No. 3:90-cv-02150 (N.D. Cal. 1992); *Wishnie v. U.S. Power*, Case No. C-954871 (Cal. Super. Ct. 1994).

14. Attached hereto as **Exhibit A** is a true and correct copy of my resume.

15. Also working on this case for DRA are Managing Attorney Mary-Lee Kimber Smith, and Staff Attorneys Rebecca Williford and Kara Janssen.

16. Mary-Lee Kimber Smith is a Managing Attorney at DRA, having joined DRA in 2005 as a Disability Rights Advocates/Westrec Marinas Fellow. Mary-Lee's practice has been focused on complex class actions that have advanced the civil rights of persons with disabilities. She is an advocate for persons with all types of disabilities, and has litigated precedent-setting class action cases involving discrimination in all facets of life, from transportation to public services. Attached as **Exhibit B** is a true and correct copy of Ms. Smith's resume.

17. Ms. Smith has also twice been named an Attorney of the Year by *California Lawyer* magazine. In 2011, *California Lawyer* named her an attorney of the year in the area of disability law for her work in 2010 on a state-wide class action lawsuit against the California Department of Transportation ("Caltrans") addressing access along Caltrans sidewalks. The case resulted in a landmark settlement requiring Caltrans to spend $1.1 billion over the next 30 years to provide access to its sidewalks throughout the state. In 2013, Mary-Lee received a second *California Lawyer* Attorney of the Year award in the area of disability law for her work on the *CALIF* matter mentioned above.

1    18.     Ms. Smith received her law degree from the University of California Berkeley (Boalt Hall) in 2005, her M.A. from Stanford University in Political Science in 2001, and her B.A. from The University of Chicago, also in Political Science, in 1998.

19.     Rebecca Williford joined Disability Rights Advocates as the Learning Disability Access/Ryder Foundation Fellow in 2009, and is currently a staff attorney representing the rights of people with disabilities in class action litigation.  She is also a co-editor of *Lawyers, Lead On: Lawyers with Disabilities Share Their Insights* (ABA Press 2011), Vice Chair of the ABA Section of Individual Rights and Responsibilities Committee on the Rights of Persons with Disabilities, and a past Commissioner of the ABA Commission on Mental and Physical Disability Law.

20.     Ms. Williford earned her B.A. in political science with highest honors in 2004 and her J.D. as a Jack Kent Cooke Scholar in 2009, both from the University of North Carolina at Chapel Hill.  As a law student, Rebecca co-founded and served as president of the National Association of Law Students with Disabilities. She continues to do grassroots organizational work to mentor law students with disabilities and build community among lawyers with disabilities.  Attached hereto as **Exhibit C** is a true and correct copy of Ms. Williford's resume.

21.     Kara Janssen joined Disability Rights Advocates in 2010 as the John W. Carson / LD Access Fellowship Attorney and is currently a staff attorney.  Her fellowship work focused on advancing equal rights and opportunities for people with print disabilities.  Mrs. Janssen currently works on issues affecting individuals with all types of disabilities in the areas of transportation, education, emergency preparedness, and criminal justice. Attached hereto as **Exhibit D** is a true and correct copy of Ms. Janssen's resume.

22.     Ms. Janssen received her law degree from the New York University School of Law in 2010 where she was a Root-Tilden-Kern Scholar and her B.A. from the University of Arizona in Psychology in 2006.  During law school, she spent time as a law clerk with The Bazelon Center for Mental Health Law in Washington, D.C., Disability Rights Advocates in Berkeley, and The Immigration Unit at The Legal Aid Society in New York City.

23. DRA is committed to litigating this case vigorously on behalf of the Plaintiff class. DRA, along with our co-counsel, have the resources required to litigate this matter in a cost-effective, efficient, and thorough manner.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 9th day of January 2014 in Berkeley, California.

_____
SIDNEY WOLINSKY