SIDNEY M. WOLINSKY (CA BAR NO. 33716) (swolinsky@dralegal.org)
MARY-LEE K. SMITH (CA BAR NO. 239086) (msmith@dralegal.org)
REBECCA WILLIFORD (CA BAR NO. 269977) (rwilliford@dralegal.org)
KARA JANSSEN (CA BAR NO. 274762) (kjanssen@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

HERNAN VERA (CA BAR NO. 175149) (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 223846) (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 529-3419
Facsimile: (213) 385-9089

GRACE A. CARTER (CA BAR NO. 101610) (gracecarter@paulhastings.com)
GINA COOK (CA BAR NO. 245611 ) (ginacook@paulhastings.com)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; and CONTRA COSTA COUNTY OFFICE OF EDUCATION.<br><br>Defendants. | **Case No. C 13-3667-SBA**<br><br>**DECLARATION OF MARY-LEE KIMBER SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: March 18, 2014<br>Time: 2:00 PM<br>Place: Courtroom 1, 4th Floor<br>Judge: Saundra B. Armstrong |

I, MARY-LEE KIMBER SMITH, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am a Managing Attorney for Disability Rights Advocates ("DRA"), counsel of record for the Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. In 2012 and 2013, DRA submitted a number of Public Records Act requests to the Contra Costa County Office of Education, Contra Costa County Health Services, and the Contra Costa County Probation Department.

4. Attached as Exhibit A is a true and correct copy of Mt. McKinley's School Accountability Report Card, published during 2011-2012, which DRA found online at http://www.cccoe.k12.ca.us/stsvcs/sarcs/2011/Mt.McKinleySARC10-11.pdf.

5. In its July 24, 2012 Public Records Act request, DRA asked the Contra Costa County Office of Education to provide any documents indicating the number or percentage of youths admitted to John A. Davis Juvenile Hall that have IEPs or Section 504 plans at the time of their admission as well as the number or percentage of youths admitted to John A. Davis Juvenile Hall that did not have IEPs or Section 504 plans at the time of their admission, but who received IEPs during their detention at Juvenile Hall. Attached as Exhibit B is a true and correct copy of DRA's July 24, 2012 Public Records Act request. Attached as Exhibit C is a true and correct copy of the Contra Costa County Office of Education's response to that Public Records Act request.

6. On April 25, 2013, DRA issued a Public Records Act Request in which it asked the Contra Costa County Office of Education to provide information regarding, inter alia, the percentage of youth with an IEP or 504 plan at Juvenile Hall, the percentage of youth who had an initial IEP assessment during their detention at Juvenile Hall, the number of IEP team meetings scheduled for youth at Juvenile Hall, the number of assessments either by a school psychologist or any other expert conducted for youth you had IEPs when they entered Juvenile

---

Hall, the qualifications of persons who conduct IEP assessments at Juvenile Hall, the types of special education services at Juvenile Hall, the policies and procedures regarding implementation of special education laws at Juvenile Hall, the number of Behavior Intervention Plans developed at Mt. McKinley since July 2012, and the number of manifestation determinations held at Mt. McKinley since July 2012. Attached as Exhibit D is a true and correct copy of DRA's April 25, 3013 Public Records Act Request. Attached as Exhibit E is a true and correct copy of the May 3, 2013 memo that the Contra Costa County Office of Education prepared in response to that Public Records Act request.

7. On April 25, 2013, DRA issued a Public Records Act Request in which it asked the Contra Costa County Probation Department to provide information regarding the reasons for and procedures for placement of youth "on program," "on risk," "on max," or "on suspect" at Juvenile Hall. Attached as Exhibit F is a true and correct copy of DRA's April 25, 2013 Public Records Act Request. In response to that Public Records Act Request, the Contra Costa County Probation Department provided Policy and Procedure Bulletin No. 502, the subject of which is "Security Programs." A true and correct copy of the Contra Costa County Probation Department's letter enclosing the Policy and Procedure Bulletin No. 502 regarding Security Programs is attached as Exhibit G.

8. Attached as Exhibit H is a true and correct copy of a document entitled "Engaging Students Who Are At Risk Through Instruction to Address Gaps in Academic Skills and Accelerate Learning" which DRA found online at http://events1.neglected-delinquent.org/reader.php?upload=/db_files/Engaging%20Students%20Presenters%20Presentation.ppt.

9. DRA requested that the Contra Costa County Office of Education provide all of G.F.'s educational records. Attached as Exhibit I is a true and correct copy of G.F.'s May 10, 2012 IEP, which DRA received from the Contra Costa County Office of Education. Exhibit J is a true and correct copy of G.F.'s August 7, 2012 IEP, which DRA received from the Contra Costa County Office of Education. Attached as Exhibit K is a true and correct copy of G.F.'s daily attendance records dated January 28, 2013, April 19, 2013, June 12, 2013, and July 26, 2013, which DRA received from the Contra Costa County Office of Education. Attached as

Exhibit L is a true and correct copy of G.F.'s October 1, 2013 IEP, which DRA received from the Contra Costa County Office of Education.

10. DRA requested that the Contra Costa County Office of Education provide all of Q.G.'s educational records. Attached as Exhibit M is a true and correct copy of Q.G.'s May 18, 2010 IEP, which DRA received from the Contra Costa County Office of Education. Exhibit N is a true and correct copy of Q.G.'s January 7, 2011 IEP, which DRA received from the Contra Costa County Office of Education. Attached as Exhibit O is a true and correct copy of Q.G.'s September 13, 2013 IEP, which DRA received from the Contra Costa County Office of Education. Attached as Exhibit P is a true and correct copy of Q.G.'s daily attendance record and transcript dated June 20, 2013, which DRA received from the Contra Costa County Office of Education.

11. DRA requested that the Contra Costa County Office of Education provide all of W.B.'s educational records. Attached as Exhibit Q is a true and correct copy of W.B.'s January 18, 2011 504 Plan, which DRA received from the Contra Costa County Office of Education. Exhibit R is a true and correct copy of W.B.'s March 13, 2013 IEP, which DRA received from the Contra Costa County Office of Education. Attached as Exhibit S is a true and correct copy of the "Contra Costa County Juvenile Probation Case Plan" for W.B. dated February 15, 2013, which DRA received from the Contra Costa County Office of Education. Attached as Exhibit T is a true and correct copy of a Medical and Mental Health Assessment of W.B. dated July 10, 2012, which DRA received from Karen Moghtader of the Contra Costa County Public Defender's Office on June 21, 2013. Attached as Exhibit U is a true and correct copy of W.B.'s daily attendance record dated July 25, 2013, which DRA received from the Contra Costa County Office of Education. Attached as Exhibit V is a true and correct copy of W.B.'s Student Work Log with entries dated between March 19, 2013 and May 24, 2013, which DRA received from the Contra Costa County Office of Education.

12. DRA requested that the Contra Costa County Office of Education provide all of D.H.'s educational records. Attached as Exhibit W is a true and correct copy of D.H.'s May 23, 2012 IEP, which DRA received from the Contra Costa County Office of Education. Exhibit X is

a true and correct copy of D.H.'s May 28, 2013 IEP, which DRA received from the Contra Costa County Office of Education.

13. DRA requested that the Contra Costa County Office of Education provide all of D.W.'s educational records. Attached as Exhibit Y is a true and correct copy of D.W.'s May 24, 2012 IEP, which DRA received from the Contra Costa County Office of Education. Exhibit Z is a true and correct copy of D.W.'s November 30, 2012 IEP, which DRA received from the Contra Costa County Office of Education.

14. DRA requested that the Contra Costa County Office of Education provide all of D.W.'s educational records. Attached as Exhibit AA is a true and correct copy of D.W.'s September 20, 2011 IEP, which DRA received from the Contra Costa County Office of Education. Exhibit BB is a true and correct copy of D.W.'s September 19, 2012 IEP, which DRA received from the Contra Costa County Office of Education.

15. DRA requested that the Contra Costa County Office of Education provide all of K.B.'s educational records. Attached as Exhibit CC is a true and correct copy of K.B.'s May 31, 2011 IEP, which DRA received from the Contra Costa County Office of Education. Exhibit DD is a true and correct copy of K.B.'s April 3, 2012 IEP, which DRA received from the Contra Costa County Office of Education.

16. On July 9, 2013, I attended a meeting regarding W.B.'s IEP. In attendance were representatives from the Contra Costa County Office of Education, Contra Costa County Probation Department, Mt. McKinley School, Disability Rights Advocates, Behavior Health Services Children's Mental Health, and W.B.'s mother. I informed the Contra Costa County Office of Education and Mt. McKinley School that I would be tape recording the meeting. Attached as Exhibit EE is a DVD containing the recording of the meeting regarding W.B.'s IEP. Attached as Exhibit FF is a transcript of that meeting that Paul Hastings and DRA prepared from Exhibit FF. Exhibit GG is a true and correct copy of W.B.'s July 9, 2013 IEP Amendment, which DRA received from the Contra Costa County Office of Education.

17. Attached as Exhibit HH is a true and correct copy of the power point presentation "Contra Costa County Probation Overview," which DRA found online at http://www.co.contra-costa.ca.us/DocumentView.aspx?DID=8329.

18. On January 7, 2014, I sent an email to Cameron Baker, counsel for Contra Costa County, and Kimberly Smith, counsel for Contra Costa County Office of Education, requesting a meet and confer regarding Plaintiffs' Motion for Class Certification. Mr. Baker and Ms. Smith responded via email that same day that they did not believe a meet and confer was necessary. Ms. Smith also added that the Office of Education would not stipulate to class certification. I replied via email to confirm that Defendants did not believe a meet and confer was necessary and to explain that our class certification motion, while substantially the same, did make some new arguments consistent with our First Amended Complaint. Mr. Baker and Ms. Smith did not further respond on the issue of the meet and confer regarding the class certification motion. Attached hereto as Exhibit II is a true and correct copy of the email exchange between Mr. Baker, Ms. Smith, and me regarding the meet and confer.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 9th day of January 2014 in Berkeley, California.

_____
MARY-LEE KIMBER SMITH

LEGAL_US_W # 77364498.6