1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY OFFICE OF EDUCATION.<br><br>Defendants. | **Case No.  C 13-3667-SBA**<br><br>**ORDER GRANTING REQUEST TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE MARIA-ELENA JAMES** |

Pursuant to the Consent and Request to Proceed Before United States Magistrate Judge Maria-Elena James, IT IS HEREBY ORDERED that:

1. The parties are assigned to Magistrate Judge James for all further non-settlement related proceedings in the case, including trial and order the entry of a final judgment;

2. The parties remain assigned to Magistrate Judge Spero settlement purposes; and

3. The parties have requested that Magistrate Judge James adopt the following schedule:

| | |
|---|---|
| January 24, 2014 | Defendants file Motions to Dismiss in response to Plaintiffs' First Amended Complaint. |
| February 7, 2014 | Defendants file oppositions to Plaintiffs' Motion for Class Certification. |
| February 7, 2014 | Plaintiffs file oppositions to Defendants' Motions to Dismiss. |
| February 28, 2014 | Defendants file replies in support of their Motions to Dismiss. |
| February 28, 2014 | Plaintiffs file replies in support of their Motion for Class Certification. |
| March 20, 2014 | Hearing on Plaintiffs' Motion for Class Certification and Defendants' Motions to Dismiss. |

**IT IS SO ORDERED.**

Dated: 1/16/2014

*Saundra B Armstrong*
The Honorable Saundra B. Armstrong
Judge of the United States District Court for
the Northern District of California

00290-00103/546528.1

*G.F., et al. v. Contra Costa County, et al.*, **Case No. C 13-3667-SBA**
[PROPOSED] **ORDER GRANTING REQUEST TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE JAMES** 1