1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTRA COSTA COUNTY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CICI C., EDUCATIONAL RIGHTS HOLDER ON BEHALF OF W.B.,<br><br>　　　　　　Defendant. | Case No. 14-cv-00269 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Maria-Elena James to determine whether it is related to *G.F., et al. v. Contra Costa County, et al.*, No. 13-cv-03667 MEJ.

　　　IT IS SO ORDERED.

　　　Date: January 16, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 14-cv-00269 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES