1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7   CONTRA COSTA COUNTY,                    Case No.  14-cv-00268-WHO

          Plaintiff,

8

      v.                                    **SUA SPONTE JUDICIAL REFERRAL**

9                                           **FOR PURPOSE OF DETERMINING**
                                            **RELATIONSHIP**
10  BARBARA C., EDUCATIONAL RIGHTS
    HOLDER ON BEHALF OF Q.G.,

11        Defendant.

12

13        This case came before the Court on January 16, 2014.  Dkt. No. 4.  The plaintiff states in

14  its Complaint that the defendant previously filed a case in the United States District Court for the

15  Northern District of California "stating similar claims" as the ones here, referring to *G.F. v.*

16  *Contra Costa County*, No. 13-cv-3667, currently before the Honorable Maria-Elena James.

17        Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that this case be referred to

18  Judge James to consider whether both cases are related.

19        **IT IS SO ORDERED.**

20  Dated:  January 23, 2014

21                                          _____

22                                          WILLIAM H. ORRICK
                                            United States District Judge
23

24

25

26

27

28

United States District Court
Northern District of California