UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. F., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>        Defendants. | Case No. 13-cv-03667-MEJ<br><br>**ORDER RE: MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 92 |

Pending before the Court is Plaintiffs' Motion for Class Certification, filed January 9, 2014. Dkt. No. 92. Plaintiffs noticed their Motion for hearing on March 18, 2014, before the Honorable Saundra B. Armstrong. However, as this case has been reassigned to the undersigned, the noticed hearing date is no longer in effect. And, as there are now two pending Motions to Dismiss (Dkt. Nos. 113, 118) set for hearing on March 20, 2014, the Court finds it appropriate to consider those motions prior to the class certification motion. Accordingly, no new hearing date for the class certification motion shall be set at this time.

**IT IS SO ORDERED.**

Dated: January 27, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge