UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>    v.<br><br>GAIL F.,<br><br>    Defendant. | Case No. 14-cv-00270-JCS<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is referred to Magistrate Judge Maria-Elena James to determine whether it is related to *G.F. v. Contra Costa County*, No. 13-cv-03667 MEJ.

**IT IS SO ORDERED**.

Dated: February 6, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge