UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. F., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>        Defendants. | Case No. 13-cv-03667-MEJ<br><br>**ORDER VACATING HEARING DATE** |

Pursuant to Civil Local Rule 7-1(b), the court finds that the Motions to Dismiss and Motion for Class Certification, which have been noticed for hearing on March 27, 2014, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge