

6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300
Fax: 323-330-6311
www.f3law.com

Kimberly A. Smith
Direct Dial: 323-330-6315
ksmith@f3law.com

August 12, 2014

*Via E-mail (c/o Karen Hom - JCSpo@cand.uscourts.gov)*

Magistrate Judge Joseph C. Spero
United States District Court, Northern District of California
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, California  94102

Re:   *G.F. et. al v. Contra Costa County et. al*
      United States District Court Case No. C 13-03667-MEJ

Dear Judge Spero:

We represent the Contra Costa County Office of Education ("CCCOE"), one of the defendants in the above-referenced case.  The parties currently have a settlement conference scheduled with you for August 26 and 27, 2014.  This settlement conference is a continued conference that was originally scheduled for July 9 and 10, 2014, and before that, on March 12 and 13, 2014.

The parties previously participated in a two-day mediation with a retired Judge.  From this experience, we believe that it would be a more efficient use of time to split the August 26 and 27, 2014 settlement conference between the two parties.  While there may be some coordination between the two defendants as a result of the settlement, each defendant would like to focus on settling its own issues in a dedicated day with Plaintiffs.  Plaintiffs and the County are amenable to this arrangement.

Accordingly, the parties would like to proceed with CCCOE appearing on August 26, 2014 and the Contra Costa County appearing on August 27, 2014.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

Kimberly A. Smith
KAS:kh
cc:   Kara Janssen, counsel for Plaintiffs (via email)
      D. Cameron Baker, counsel for Contra Costa County (via email)

Dated: 8/12/14

IT IS SO ORDERED
Judge Joseph C. Spero

00290-00103/639300.1

FRESNO  •  INLAND EMPIRE  •  LOS ANGELES  •  OAKLAND  •  SACRAMENTO  •  SAN DIEGO

