

**Home Office**
2001 Center Street, Fourth Floor
Berkeley, CA  94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
www.dralegal.org

**New York Office**
40 Worth Street, Tenth Floor
New York, NY 10013
Telephone: (212) 644-8644
Facsimile: (212) 644-8636
TTY: (877) 603-4579
www.dralegal.org

**BOARD OF DIRECTORS**
William F. Alderman
*Orrick, Herrington & Sutcliffe LLP*
Leslie Aoyama
*Nordstrom Inc.*
Daniel L. Brown
*Sheppard Mullin Richter & Hampton LLP*
Linda Dardarian
*Goldstein Borgen Dardarian & Ho*
Evan Davis
*Cleary Gottlieb Steen & Hamilton, LLP*
Ernest Galvan
*Rosen, Bien, Galvan & Grunfeld LLP*
Melissa "echo" Greenlee
*deafREVIEW*
Pat Kirkpatrick
*Fundraising Consultant*
Joshua Konecky
*Schneider Wallace*
*Cottrell Konecky LLP*
Janice L. Lehrer-Stein
*NCD Member and FFB Trustee*
Bonnie Lewkowicz
*Access Northern California*
Daniel S. Mason
*Zelle Hofmann Voelbel & Mason LLP*
Laurence Paradis
*Disability Rights Advocates*
Eugene Alfred Pinover
*Willkie Farr & Gallagher LLP*
Michael P. Stanley
*Attorney*
Katina Thornock
*Starbucks Coffee Company*
Sarah Zimmerman
*Marquette University*
**ATTORNEYS**
Zoe Chernicoff
*John W. Carson Fellowship Attorney*
Christine Chuang
*Senior Staff Attorney*
Haben Girma
*Skadden Fellowship Attorney*
Kara Janssen
*Staff Attorney*
Anne Kelsey
*DRA Fellow*
Kevin Knestrick
*Senior Staff Attorney*
Michael Nunez
*Staff Attorney*
Laurence Paradis
*Executive Dir. and Co-Director of Litigation*
Julia Pinover
*Senior Staff Attorney*
Rebecca Rodgers
*DRA Fellowship Attorney*
Stuart Seaborn
*Senior Staff Attorney*
Mary-Lee Kimber Smith
*Managing Attorney*
Rebecca Williford
*Staff Attorney*
Sid Wolinsky
*Director of Litigation*

August 12, 2014          *Via Email & Hand Delivery*

Magistrate Judge Joseph C. Spero
United States District Court Northern District of California
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:     *G.F. et. al. v. Contra Costa County et. al. (*C 13-03667 MEJ)

Dear Judge Spero,

We represent Plaintiffs in the above-referenced case and write to request that the named plaintiffs be excused from attending the upcoming settlement conference, scheduled for August 26 and 27.

Requiring the Named Plaintiffs to attend would impose a substantial hardship on them. Named Plaintiffs Gail F., Barbara C. and CiCi C. are unable to attend due to pre-existing work, family and childcare obligations. Named Plaintiffs G.F., Q.G., and W.B., whose interests Gail F., Barbara C. and CiCi C. represent, are similarly unable to attend due to placement at the Juvenile Hall (G.F.), school obligations (Q.G.), and placement at an out of state residential treatment facility (W.B.).

Plaintiffs' counsel, including lead trial counsel, will appear at the settlement conference on Plaintiffs behalf and has been given full authority to negotiate on behalf of Plaintiffs. Additionally, to the extent possible and as needed, the Named Plaintiffs will be available by phone. Neither Defendant objects to this request.

Based on the foregoing, Plaintiffs respectfully request that the named plaintiffs be excused from attending the upcoming settlement conference.

Dated: 8/13/14

Sincerely,

*[signature]*

Kara Janssen
Attorney for Plaintiffs

IT IS SO ORDERED
*[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
Judge Joseph C. Spero

cc:     Kimberly Smith, Counsel for Contra Costa County Office of Education (via email)
        D. Cameron Baker, Counsel for Contra Costa County (via email)