UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. F., et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>           Defendants. | Case No. 13-cv-03667-MEJ   (JCS)<br><br>**ORDER DENYING DEFENDANT CONTRA COSTA COUNTY'S REQUEST TO CONTINUE THE NOVEMBER 13, 2014 SETTLEMENT CONFERENCE** |

Defendant Contra Costa County submitted a Confidential Settlement Conference Communication to the Court requesting that the November 13, 2014 further settlement conference be postponed to a later date. Plaintiffs submitted an opposition to the request.

IT IS HEREBY ORDERED that the request to continue the settlement conference as to Plaintiffs and Defendant Contra Costa County is **DENIED.**

**IT IS SO ORDERED.**

Dated: November 5, 2014

JOSEPH C. SPERO
United States Magistrate Judge