# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B., by and through his guardian ad litem, CiCi C.; Q.G., by and through his guardian ad litem, Barbara C.; and on behalf of themselves and a class of those similarly situated,<br>         Plaintiffs,<br>v.<br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY OFFICE OF EDUCATION,<br>         Defendants. | Case No.  C-13-03667 MEJ<br><br>**CLASS ACTION**<br><br>**JOINT LETTER REGARDING REFERRAL TO ADR PROGRAM** |

The Parties jointly submit the attached letter to request referral to the Court's Alternative Dispute Resolution Program for mediation.

DATED: December 23, 2014

_____

Kara Janssen
*Attorney for Plaintiffs*

_____

Kimberly A. Smith
*Attorney for Defendant Contra Costa County Office of Education*

GRANTED
Judge Maria-Elena James

GRANTED. Parties are hereby
referred to the Court's ADR
Program for mediation.
DATED:  12/31/2014

December 23, 2014

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *G.F. et. al v. Contra Costa County et. al*
United States District Court Case No. C 13-3667-MEJ
**Joint Letter Requesting Referral to ADR**

Dear Judge Spero:

As you will recall, counsel for Plaintiffs and the Contra Costa County Office of Education attended a telephonic status conference with the Court on December 11, 2014, at which time we advised of the parties' agreement to submit the issue of attorneys' fees and costs to a mediator. To allow the parties to move forward, the parties jointly request that the Court issue an order referring this matter, as between Plaintiffs and the Contra Costa County Office of Education, to the Court's Alternative Dispute Resolution Program for assignment to a Court-Panel mediator. Once that referral is made, we will contact the Alternative Dispute Resolution Unit to schedule the mediation and to request the assignment of Bo Links as mediator.