United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. F., et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03667-MEJ  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  February 24, 2015<br>Mediator:  Robert Links |

IT IS HEREBY ORDERED that the request to excuse the named plaintiffs from participating in the February 24, 2015, mediation before Robert Links is **GRANTED**.

**IT IS SO ORDERED**.

Dated: February 20, 2015



_____
Edward M. Chen
United States District Judge