UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. F., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>        Defendants. | Case No.  13-cv-03667-MEJ<br><br>**ORDER RE: PENDING MOTIONS**<br><br>Re: Dkt. Nos. 92, 113, 118, 143, 144, 168 |

Several motions in this case have been pending for over one year while the parties engage in settlement negotiations.  For statistical purposes only, the Clerk of Court is instructed to terminate Docket Numbers 92, 113, 118, 143, 144, and 168.  Nothing contained in this Order shall be considered a disposition of these motions, and should further proceedings become necessary or desirable, any party may re-notice any of the motions in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: March 20, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge