1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B.; Q.G.; and on behalf of themselves and a class of those similarly situated, | Case No.  C 13-3667-MEJ |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |
| v. | |
| CONTRA COSTA COUNTY; CONTRA COSTA COUNTY OFFICE OF EDUCATION. | |
| Defendants. | |

1    Pursuant to the Stipulation and Request for Order Changing Time, IT IS HEREBY

2  ORDERED that:

3    1.    The hearing date for Plaintiffs' Unopposed Motion for Preliminary Approval of

4  Settlements is set for Thursday, July 23, 2015; and

5    2.    Defendants shall file no response to Plaintiffs' motion.

6

7  **IT IS SO ORDERED.**

8

9  Dated: July 7, 2015
   _____

10                                        _____
   Magistrate Judge Maria-Elena James
11  United States District Court for the Northern
   District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28