UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| G.F., by and through her guardian ad litem, Gail F.; W.B.; and Q.G.; on behalf of themselves and a class of those similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY OFFICE OF EDUCATION,<br><br>            Defendants. | CASE NO. C-13-03667 MEJ<br><br>[PROPOSED] ORDER APPROVING MODIFICATIONS TO CLASS ACTION SETTLEMENT _____<br><br>The Hon. Maria-Elena James |

Pursuant to the joint request of plaintiffs G.F., W.B. and Q.G. ("Plaintiffs") and defendant Contra Costa County Office of Education and good cause appearing, the Court approves the Parties' Joint Request to Modify Court-Approved Class Action Settlement, filed by the Parties on December 18, 2015.

IT IS SO ORDERED.

Dated: _December 18, 2015_

_____
The Honorable Maria Elena James
Judge of the United States District Court for the Northern District of California

00290-00103/1586583.1