1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| 11  G.F., by and through her guardian ad litem, | CASE NO. C-13-03667 MEJ |
| 12  Gail F.; W.B.; and Q.G.; on behalf of themselves and a class of those similarly | ~~**[PROPOSED**~~**] ORDER APPROVING** |
| 13  situated, | **MODIFICATIONS TO CLASS ACTION SETTLEMENT** |
| 14                    Plaintiffs, | |
| 15           vs. | |
| 16  CONTRA COSTA COUNTY; CONTRA COSTA COUNTY OFFICE OF | |
| 17  EDUCATION,            Defendants. | |

18

19         Pursuant to the joint request of plaintiffs G.F., W.B. and Q.G. and defendant Contra Costa

20   County Office of Education and good cause appearing, the Court approves the Parties' Joint

21   Request to Modify Court-Approved Class Action Settlement with Modification #2, filed by the

22   Parties on July 13, 2016.

23         IT IS SO ORDERED.

24

25   Dated: _____July 13, 2016_____

26                                                    _____

27                                                    The Honorable Maria Elena James
                                                      Judge of the United States District Court for the
                                                      Northern District of California

28   00290-00103/3213674.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 6300 Wilshire Boulevard, Suite 1700, Los Angeles, CA 90048.

On July 13, 2016, I served true copies of the following document(s) described as **[PROPOSED] ORDER APPROVING MODIFICATIONS TO CLASS ACTION SETTLEMENT** on the interested parties in this action as follows:

Mary-Lee K. Smith, SBN 239086          Lillian Chen, SBN 280395
(msmith@dralegal.org)                          (lchen@publiccounsel.org)
DISABILITY RIGHTS ADVOCATES         PUBLIC COUNSEL
2001 Center Street, Fourth Floor            2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204                       Berkeley, CA 94704-1204
Telephone: (510) 665-8644                     Telephone: (510) 529-3419
Facsimile: (510) 665-8511                       Facsimile: (510) 529-3491

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2016, at Los Angeles, California.

_____
Rebeccah Leal

C-13-03667 MEJ

JOINT REQUEST TO MODIFY COURT-APPROVED CLASS ACTION SETTLEMENT